# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

CALEB PADILLA, Individually and on
Behalf of All Other Similarly Situated,

                    Plaintiffs,

vs.

COMMUNITY HEALTH SYSTEMS,
INC., WAYNE T. SMITH, LARRY
CASH, AND THOMAS J. AARON,

                    Defendants.

Case No.:  3:19-CV-00461

Judge Eli J. Richardson
Magistrate Judge Barbara Holmes

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiff, Caleb Padilla, respectfully moves this Court for an order admitting Lionel Z. Glancy, as counsel *pro hac vice*.

Mr. Glancy is an attorney at Glancy Prongay & Murray LLP, located at 1925 Century Park East, Suite 2100, Los Angeles, California.  Mr. Glancy's telephone number and email are: (310) 201-9150, lglancy@glancylaw.com.

Mr. Glancy is admitted to practice before the United States District Court the Central District of California.  There are no disciplinary actions or investigation of documents pending in any jurisdiction for Mr. Glancy.

Mr. Glancy agrees to subject himself to the jurisdiction of the courts of Tennessee in any manner arising out of his conduct in such proceedings and agrees to be bound by the Code of Professional Responsibility applicable to Tennessee lawyers and the interpretation thereof by Tennessee courts.

Mr. Glancy has associated with James Gerard Stranch, IV and Benjamin A. Gastel of the law firm Branstetter, Stranch & Jennings, PLLC, 223 Rosa L. Parks Avenue Suite 200 Nashville, TN 37203, for his appearance *pro hac vice* in this matter.

In support of this motion, a Certificate of Good Standing from the United States District Court for the Central District of California is attached for this applicant.

A proposed order granting this motion is filed contemporaneously herewith.

Dated: July 18, 2019            Respectfully submitted,

           */s/J. Gerard Stranch, IV*_____
           J. Gerard Stranch, IV (BPR #23045)
           Benjamin A. Gastel (BPR #28699)
           **BRANSTETTER, STRANCH & JENNINGS, PLLC**
           223 Rosa L. Parks Avenue
           Suite 200
           Nashville, TN 37203
           Telephone: (615) 254-8801
           Facsimile: (615) 255-5419
           gerards@bsjfirm.com
           beng@bsjfirm.com

           */s/ Lionel Z. Glancy*_____
           Lionel Z. Glancy
           Robert V. Prongay
           Lesley F. Portnoy
           Charles H. Linehan
           Pavithra Rajesh
           Glancy Prongay & Murray LLP
           1925 Century Park East, Suite 2100
           Los Angeles, CA 90067
           Telephone:  (310) 201-9150
           Facsimile: (310) 201-9160

           Howard G. Smith
           Law Offices of Howard G. Smith
           3070 Bristol Pike, Suite 112

2

Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Attorneys for Plaintiff Caleb Padilla*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June 2019, I electronically filed the foregoing documents using the Court's CM/ECF system, and a copy of this filing will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. The following counsel will receive service via the Court's CM/ECF system at the email addresses listed below:

Steven A. Riley
Milton S. McGee, III
Riley Wamock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
sriley@rwjplc.com
tmcgee@rwjplc.com

*Attorneys for the Defendants*

/s/ J. Gerard Stranch, III
J. Gerard Stranch, III