# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CALEB PADILLA, Individually and on Behalf of All Other Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, LARRY CASH, AND THOMAS J. AARON,<br><br>　　　　　　　　Defendants. | Case No.: 3:19-CV-00461<br><br>Judge Eli J. Richardson<br>Magistrate Judge Barbara Holmes |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiff, Caleb Padilla, respectfully moves this Court for an order admitting Howard G. Smith, as counsel *pro hac vice*.

Mr. Smith is an attorney at Law Offices of Howard G. Smith, located at 3070 Bristol Pike, Suite 112, Bensalem, Pennsylvania 19020. Mr. Smith's telephone number and email are: (215) 638-4847, hsmith@howardsmithlaw.com.

Mr. Smith is admitted to practice before the United States District Court the Eastern District of Pennsylvania. There are no disciplinary actions or investigation of documents pending in any jurisdiction for Mr. Smith.

Mr. Smith agrees to subject himself to the jurisdiction of the courts of Tennessee in any manner arising out of his conduct in such proceedings and agrees to be bound by the Code of Professional Responsibility applicable to Tennessee lawyers and the interpretation thereof by Tennessee courts.

Mr. Smith has associated with James Gerard Stranch, IV and Benjamin A. Gastel of the law firm Branstetter, Stranch & Jennings, PLLC, 223 Rosa L. Parks Avenue Suite 200 Nashville, TN 37203, for his appearance *pro hac vice* in this matter.

In support of this motion, a Certificate of Good Standing from the United States District Court for the Eastern District of Pennsylvania is attached for this applicant.

A proposed order granting this motion is filed contemporaneously herewith.

Dated: July 18, 2019 Respectfully submitted,

*/s/J. Gerard Stranch, IV*_____
J. Gerard Stranch, IV (BPR #23045)
Benjamin A. Gastel (BPR #28699)
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gerards@bsjfirm.com
beng@bsjfirm.com


*/s/ Howard G. Smith*_____
Howard G. Smith
Law Offices of Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867


Lionel Z. Glancy
Robert V. Prongay
Lesley F. Portnoy
Charles H. Linehan
Pavithra Rajesh
Glancy Prongay & Murray LLP

1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Plaintiff Caleb Padilla*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of July 2019, I electronically filed the foregoing documents using the Court's CM/ECF system, and a copy of this filing will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. The following counsel will receive service via the Court's CM/ECF system at the email addresses listed below:

Steven A. Riley
Milton S. McGee, III
Riley Wamock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
sriley@rwjplc.com
tmcgee@rwjplc.com

*Attorneys for the Defendants*

                                                                 /s/ J. Gerard Stranch, III
                                                                  J. Gerard Stranch, III