UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CALEB PADILLA, Individually and on Behalf of All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>  v.<br><br>COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, LARRY CASH, and THOMAS J. AARON,<br><br>                     Defendants. | No.: 3:19-cv-00461<br><br>NOTICE OF MOTION OF ARUN BHATTACHARYA TO: (1) APPOINT LEAD PLAINTIFF; AND (2) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL<br><br><u>CLASS ACTION</u> |

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Arun Bhattacharya ("Movant"), hereby moves the Court for an Order:

(a) appointing Movant to serve as Lead Plaintiff in this action;

(b) approving Movant's selection of Pomerantz LLP as Lead Counsel and Bramlett Law Offices as Liaison Counsel for the Class; and

(c) granting such other relief as the Court may deem to be just and proper.

In support of this Motion, Movant submits: (1) the Declaration of Jeremy A. Lieberman dated July 29, 2019 (with exhibits); (2) a Memorandum of Law in support of Motion dated July 29, 2019; and (3) a [Proposed] Order.

1

Dated: July 29, 2019

Respectfully submitted,

*/s/Paul Kent Bramlett*
BRAMLETT LAW OFFICES
PAUL KENT BRAMLETT
TN SUP CT #7387/MS SUP CT #4291
ROBERT PRESTON BRAMLETT
TN SUP CT #25895
40 Burton Hills Blvd., Suite 200
P. O. Box 150734
Nashville, TN 37215
Telephone:615.248.2828
Facsimile: 866.816.4116
Email: PKNASHLAW@aol.com
Email: Robert@BramlettLawOffices.com

*Counsel for Movant and*
*Proposed Liaison Counsel for the Class*

POMERANTZ LLP
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
        ahood@pomlaw.com

*Counsel for Movant and*
*Proposed Lead Counsel for the Class*

2

# CERTIFICATE OF SERVICE

This is to certify that I have this date filed the above and foregoing *Motion, Memorandum and attachments* on the Court's CM/ECF filing system, which will serve all counsel of record as follows:

See attached list.

So certified this 29th day of JULY 2019.

s/*Paul Kent Bramlett*
Paul Kent Bramlett

**3:19-cv-00461** Padilla v. Community Health Systems, Inc. et al
Eli J. Richardson, presiding
Barbara D. Holmes, referral
**Date filed:** 05/30/2019
**Date of last filing:** 07/22/2019

# Attorneys

**Benjamin A. Gastel**
Branstetter, Stranch & Jennings, PLLC
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
(615) 254-8801
(615) 255-5419 (fax)
beng@bsjfirm.com
 *Assigned: 05/30/2019*
 *ATTORNEY TO BE NOTICED*

representing

**Caleb Padilla**
*(Plaintiff)*

**Lionel Z. Glancy**
Glancy Prongay & Murray LLP
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
(310) 201-9150
(310) 201-9160 (fax)
lglancy@glancylaw.com
 *Assigned: 05/30/2019*
 *ATTORNEY TO BE NOTICED*

representing

**Caleb Padilla**
*(Plaintiff)*

**Charles H. Linehan**
Glancy Prongay & Murray LLP
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
(310) 201-9150
(310) 201-9160 (fax)
 *Assigned: 05/30/2019*
 *ATTORNEY TO BE NOTICED*

representing

**Caleb Padilla**
*(Plaintiff)*

**Milton S. McGee, III**
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203
615) 320-3700
tmcgee@rwjplc.com
 *Assigned: 06/21/2019*
 *ATTORNEY TO BE NOTICED*

representing

**Community Health Systems, Inc.**
*(Defendant)*

**Larry Cash**
*(Defendant)*

**Thomas J. Aaron**
*(Defendant)*

**Wayne T. Smith**
*(Defendant)*

**Lesley F. Portnoy**
Glancy Prongay & Murray LLP
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
(310) 201-9150
(310) 201-9160 (fax)
 *Assigned: 05/30/2019*
 *ATTORNEY TO BE NOTICED*

representing

**Caleb Padilla**
*(Plaintiff)*

**Robert V. Prongay**
Glancy Prongay & Murray LLP
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
(310) 201-9150
(310) 201-9160 (fax)
 *Assigned: 05/30/2019*
 *ATTORNEY TO BE NOTICED*

representing

**Caleb Padilla**
*(Plaintiff)*

**Pavithra Rajesh**
Glancy Prongay & Murray LLP
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
(310) 201-9150
(310) 201-9160 (fax)
 *Assigned: 05/30/2019*
 *ATTORNEY TO BE NOTICED*

representing

**Caleb Padilla**
*(Plaintiff)*

**Steven Allen Riley**
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
sriley@rwjplc.com
 *Assigned: 06/21/2019*
 *ATTORNEY TO BE NOTICED*

representing

**Community Health Systems, Inc.**
*(Defendant)*

**Larry Cash**
*(Defendant)*

**Thomas J. Aaron**
*(Defendant)*

**Wayne T. Smith**
*(Defendant)*

**Howard G. Smith**
Law Offices of Howard G. Smith
3070 Bristol Pike
Suite 112
Bensalem, PA 19020
(215) 638-4847
(215) 638-4867 (fax)
 *Assigned: 05/30/2019*
 *ATTORNEY TO BE NOTICED*

representing    **Caleb Padilla**
*(Plaintiff)*

**James Gerard Stranch, IV**
Branstetter, Stranch & Jennings, PLLC
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
(615) 254-8801
(615) 255-5419 (fax)
gerards@bsjfirm.com
 *Assigned: 05/30/2019*
 *ATTORNEY TO BE NOTICED*

representing    **Caleb Padilla**
*(Plaintiff)*

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/29/2019 17:16:30 | | | |
| **PACER Login:** | 3fiddlers:2517066:0 | **Client Code:** | CHS |
| **Description:** | Attorney List | **Search Criteria:** | 3:19-cv-00461 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |