UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CALEB PADILLA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, LARRY CASH, and THOMAS J. AARON,<br><br>Defendants. | No.: 3:19-cv-00461<br><br>DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF ARUN BHATTACHARYA TO: (1) APPOINT LEAD PLAINTIFF; AND (2) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL<br><br>CLASS ACTION |

## **DECLARATION OF JEREMY A. LIEBERMAN**

I, Jeremy A. Lieberman, hereby declare under penalty of perjury:

1. I am a Partner of Pomerantz LLP ("Pomerantz"), counsel for Movant Arun Bhattacharya ("Movant") and proposed Lead Counsel in this action, and have personal knowledge of the facts set forth herein. I make this Declaration in support of Movant to be appointed as Lead Plaintiff and for approval of Pomerantz to serve as Lead Counsel and Bramlett Law Offices ("Bramlett") as Liaison Counsel.

2.  Attached hereto as Exhibit A is a true and correct copy of the PSLRA early notice disseminated on a national financial wire service announcing the pendency of the Action.

3.  Attached hereto as Exhibit B is a true and correct copy of Movant's PSLRA shareholder certification.

4.  Attached hereto as Exhibit C is a true and correct copy of Movant's loss chart.

5.  Attached as Exhibit D is a true and correct copy of the firm resume of Pomerantz.

6.  Attached as Exhibit E is a true and correct copy of the firm resume of Bramlett.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

New York, New York

Executed: July 29, 2019

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

2