**Community Health Systems, Inc. (2019) (CYH)**
**Class Period: Feb 20, 2017 to Feb 27, 2018**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Day* Mean Price $4.3395 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bhattacharya, Arun | 7/25/2017 | 1,000 | $8.5000 | ($8,500) | 11/16/2017 | (2,000) | $4.2056 | $8,411 | | | |
| Bhattacharya, Arun | 7/26/2017 | 1,000 | $8.2000 | ($8,200) | 12/7/2017 | (5,000) | $4.2870 | $21,435 | | | |
| Bhattacharya, Arun | 11/15/2017 | 2,000 | $3.9900 | ($7,980) | | | | | | | |
| Bhattacharya, Arun | 12/5/2017 | 5,000 | $3.9900 | ($19,950) | | | | | | | |
| **Bhattacharya, Arun** | | **9,000** | | **($44,630)** | | **(7,000)** | | **$29,846** | **2,000** | **$8,679** | **($6,105)** |

*Avg Closing Prices from February 28 to May 28