# *B*RAMLETT *L*AW *O*FFICES

*Nashville and Winchester, Tennessee*
*Telephone:*        *615.248.2828*
*Facsimile:*        *866.816.4116*

**Mailing Address:**                          **Paul Kent Bramlett**                          **Office Address:**
*P. O. Box 150734*                          *Licensed in TN & MS*                          *40 Burton Hills Blvd., Suite 200*
*Nashville, TN 37215-0734*        *Rule 31 Listed General Civil Mediator*        *Nashville, TN 37215*
                                                *E-mail: PKNASHLAW@aol.com*
                                                **Robert Preston Bramlett**
                                                *Licensed in TN*
                                *Rule 31 Listed General Civil Mediator*
                                *E-mail:  Robert@BramlettLawOffices.com*
                                                **Ashley Nicole Bramlett**
                                                *Licensed in TN*
                                                *Of Counsel*

**PAUL KENT BRAMLETT** is the owner of Bramlett Law Offices, with offices in Nashville and Winchester, Tennessee.  He has practiced law for fifty years, maintaining offices in Mississippi from 1969-80, and in Tennessee from 1980 to the present time. During the past thirty-nine years, he has actively maintained his license in both Mississippi and Tennessee and has continued to actively handle litigation in both states.  In the past several years, he has handled litigation in Alabama, Arkansas, California, Delaware, Kentucky, Michigan, Mississippi, Missouri, New York, Tennessee, Texas and Virginia.  Several of these cases involved significant verdicts which were upheld at the highest appellate levels in Mississippi, Tennessee and Alabama.  He has the highest rating granted by *Martindale-Hubbell*, an AV Pre-Eminent rating, which he has held for over 35 years.  He is listed in *Mid-South Super Lawyers* in Securities Litigation.

His office is comprised of himself, his son, Robert Preston Bramlett, and his daughter-in-law, Ashley Nicole Bramlett, all of whom are licensed in Tennessee.

He graduated with honors from David Lipscomb University, Nashville, Tennessee in 1966, and was named to the *Dean's List* and *Who's Who*.  At the time, he was a music major, played with

1

the Nashville Symphony and sang demo records for music publishers on Music Row in Nashville. Following graduation, he did graduate work in music at George Peabody College (now Vanderbilt University), Nashville, Tennessee. He has performed as a vocal soloist in a number of venues in the United States and did two European tours with concerts in seven countries. He then attended and graduated from the University of Mississippi School of Law in 1969 with a J.D. degree.

He has been married to his wife Shirley for 53 years, and in addition to Robert, they had one other son, Kent, who died in an automobile accident in 1992 at the age of twenty when he was returning to Ole Miss where he was an honor student. In his memory, they established the Kent Bramlett Foundation, Inc., and their major project was reconstruction of Hundred Oaks Castle in Winchester, Tennessee. This 200-year old structure is now open for tours and events and the Bramletts bring to the Castle couples who have lost children, as they did, hoping to render some consolation to these couples in their grief. The project can be seen at HundredOaksCastle.com.

## <u>Court and Bar Admissions</u>:

Mississippi     (all state Courts)
Tennessee     (all state Courts)
United States District Court, Northern and Southern Districts of Mississippi
United States District Court, Middle, Eastern and Western Districts of Tennessee
        (Fed. Ct. Committee, MDTN; CM/ECF Committee, MDTN)
Federal Appeals Courts-5th, 6th and 11th Circuits
United States Supreme Court

## <u>Martindale-Hubbell Rating</u>:

AV Pre-Eminent-highest rating awarded

2

## Mediation:

Rule 31 Listed Civil Mediator-Tennessee

## Bar Memberships:

Mississippi Bar Association-1969 to present-Public Information Comm. 1979-80
Tennessee Bar Association-1980 to present
Nashville Bar Association-1980 to present-Federal Ct. Comm., 1980-81, 2005-08
Mississippi Trial Lawyers Association-1969-1980-Board of Governors, 1976-79

## Honors:

*Mid-South Super Lawyers*
*Million Dollar Advocates Forum*
*Who's Who in America*
*Who's Who in American Law*
*Who's Who in the World*
*Who's Who in the South and Southwest*
*Who's Who in Finance and Industry*
*Who's Who in Executives and Professionals*
*Five Hundred Leaders of Influence*
*Business Directory of Entertainment & Sports Attorneys*
*National Directory of Litigation Attorneys*
*2000 Outstanding People of the 20th Century*
*National Directory of Who's Who in Executives and Professionals*
*International Who's Who in Music*
*International Who's Who in Popular Music*
*Strathmore's Who's Who*
*Fellow, Nashville Bar Foundation*
*America's Top 100 Attorneys High Stakes Litigators-Tennessee*
*America's Most Honored Professionals*
*Pro Bono Award, Tennessee Supreme Court, 2015, 2016, 2017 & 2018*
*Senior Counsel Award, Tennessee Bar Association*

## Litigation Experience:

Mr. Bramlett devotes his practice to civil litigation, with an emphasis on securities class actions, consumer class actions, antitrust litigation, RICO and ERISA litigation. In recent years, he has served as co-liaison counsel to the Plaintiffs in the CCA/*Prison Realty* litigation in Nashville, a case which settled before the United States District Court, Middle District of Tennessee at

3

Nashville, for approximately $130 million. He served on the Executive Committee handling the *Columbia/HCA Shareholder Litigation* in the United States District Court, Middle District of Tennessee at Nashville, a case which settled for approximately $50 million. He was involved in the *Dollar General* securities and derivative litigation in Nashville, Tennessee as local counsel for a number of law firms, which cases settled for more than $160 million. He was involved in the *SCB Shareholder Litigation* and *Thomas & Betts Shareholder Litigation* in Memphis, Tennessee, in which cases he served as local counsel to a number of nationally-prominent class-action law firms. He was involved in the *Microsoft Multi-District Litigation*; and he previously served as co-counsel to the Plaintiff shareholders in the *Rencorp Shareholder Litigation*, a case which settled for the benefit of the shareholders for the approximate sum of $18 million. He was appointed and served as Liaison Counsel to the shareholders in the *Concord EFS Litigation* shareholder litigation in Memphis, Tennessee, a case which was settled in 2005 for $13.5 million. He served as local counsel for four firms in the *King Pharmaceutical* securities litigation in Greeneville, Tennessee, U. S. District Court, Eastern District of Tennessee, and as local counsel for four firms in the *UNUM Provident* securities and derivative litigation in United States District Court, Eastern Section at Chattanooga, which combined cases settled for approximately $40 million. He served as local counsel in the *UNUM Provident ERISA* litigation, a case which was settled with payment of attorneys' fees approved for over $2 million. He served as local counsel in Chancery Court at Nashville in the *Toshiba* consumer class-action litigation, which cases were ultimately settled in California and Tennessee in 2005 for approximately $36 million. He served as Liaison Counsel for the Lead Plaintiffs and Lead Counsel in the *Central Parking* securities litigation in United States District Court, Middle Section at Nashville, a case which was settled in 2005 for approximately $4.5 million. He was local counsel for the Plaintiffs in the *SAKS* derivative litigation in Chancery Court, Nashville, Tennessee. He

4

served as local counsel for several Plaintiffs in the *Accredo* litigation in United States District Court, Western District of Tennessee at Memphis. He served as local counsel for several firms in the *Caremark* litigation in Nashville, Tennessee, a breach of duty/merger case which was settled. He has also served as local counsel in the *Dollar General II* litigation in Nashville, Tennessee and the *HCA II* litigation in Chancery and Federal courts of Nashville, which cases settled for $20 million with fees set at $3.9 million. He served as Co-liaison counsel in the *Copper Industry* antitrust litigation in the United States District Court, Western Section at Memphis and in the United States District Court, Southern District of New York, a series of cases involving the copper industry and its effect on the U.S. market relating to a price-fixing conspiracy. He served as Local counsel in the *HCA ERISA* litigation in United States District Court, Middle District of Tennessee at Nashville, a case which settled for approximately $2.9 million. He served as Local counsel in the *Performance Food Group* shareholder litigation in United States District Court, Middle District of Tennessee at Nashville and as Local counsel in the *ServiceMaster* shareholder litigation in Circuit Court in Memphis, Tennessee. He served as Local counsel in the *America Service Group, Inc.* shareholder litigation in United States District Court, Middle District at Nashville and as Local counsel in the *Equity Inns* litigation in United States District Court, Western District of Tennessee at Memphis. He served as Co-counsel for the Plaintiff in the *UBS* litigation in the United States District Court, Southern District of New York. He served as Liaison counsel in the *Healthways ERISA* litigation in United States District Court, Middle District of Tennessee, in Nashville, a case recently favorably settled after being once dismissed. He served as Local counsel in the *Psychiatric Solutions* class actions in the United States District Court, Middle District of Tennessee, and in Williamson County Circuit Court, Tennessee, a case which ultimately settled in Delaware with payment of attorneys' fees of $1 million. He served as Liaison Counsel in the *National Health*

5

*Investors* litigation in the United States District Court, Middle District of Tennessee. He served as Local counsel in the *HealthSpring* litigation in the Circuit Court of Williamson County, Tennessee. He served as Local counsel in the *O'Charley's* takeover litigation in the Chancery Court of Nashville, Tennessee. He served as local counsel in the *Nortel* ERISA litigation in United States District Court, Middle District of Tennessee at Nashville, a case which settled for $21.5 million. He served as Liaison counsel in the *Green Bankshares* litigation in the United States District Court, Eastern District of Tennessee which resulted in a settlement of $1.75 million. He served as Liaison Counsel in the derivative lawsuit involving Morgan-Keegan/Regions Bank which resulted in a settlement of $6 million. He concluded the merger/takeover litigation involving the takeover of *J. Alexander's* which litigation was settled with attorneys' fees awarded of $437,500 in the Chancery Court of Davidson County, Nashville, Tennessee. He served as local counsel in four shareholder class actions pending in *Miller Energy* litigation pending in the United States District Court, Eastern District of Tennessee and as local counsel in the *Fushi* shareholder litigation pending in the United States District Court, Middle District of Tennessee. Appointed Liaison counsel in the *Biomimetics* shareholder litigation in the United States District Court, Middle District of Tennessee. Appointed as Co-Liaison counsel in the *Agfeed* litigation in the United States District Court, Middle District of Tennessee. Appointed as Liaison counsel in the *Agfeed* derivative litigation in the United States District Court, Middle District of Tennessee. Local counsel in the *HCA* merger litigation in the United States District Court, Middle District of Tennessee. Local counsel in the *HCA* derivative litigation in the United States District Court, Middle District of Tennessee. Local counsel in the *CBL* litigation, United States District Court, Eastern District of Tennessee. Liaison counsel in the *LeBonheur* litigation pending in the United States District Court, Western District of Tennessee. This case resulted in LeBonheur Hospital agreeing to provide additional funding for the retirement plan for its retirees

6

for the next fifteen years, and the Court awarded attorneys' fees and expenses of $275,000. Liaison counsel in the *Pinnacle Bank/Avenue Bank* merger litigation in Davidson County Chancery Court, Nashville, Tennessee, which was settled in additional disclosures to the shareholders and attorneys' fees of $300,000. Liaison counsel in the *Provectus* derivative litigation in the United States District Court, Eastern District of Tennessee at Knoxville, which settled with an award of attorneys' fees of $300,000. Liaison counsel in the merger litigation of *First Horizon Bank* in Shelby County Chancery Court, Memphis, TN, resulting in additional shareholder disclosures and an award of attorneys' fees of $200,000. Liaison counsel in the Ruby *Tuesday Merger Litigation,* United States District Court, Eastern District of Tennessee at Knoxville, with the firms of Brodsky & Smith; the Lifshitz firm; and Kessler Topaz. Case settled. Local counsel for in *AAC Holdings*-United States District Court, Middle District of Tennessee at Nashville-co-counsel with Kahn, Swick & Foti. Case settled.

**Pending Class Actions:**
*Astec Industries*-pending in the United States District Court, Eastern District of Tennessee at Chattanooga-Local Counsel for Pomerantz Law and Rosen Law Firm

*MedEquities*-Pending in the United States District Court, Middle District of Tennessee at Nashville-Local Counsel for WeissLaw

*Quorum*-Presently pending in the United States District Court, Middle District of Tennessee at Nashville-Appointed Class Liaison Counsel together with Lead Counsel Pomerantz Law

*Envision*-Presently pending in Davidson County Chancery Court, Nashville, Tennessee—Local counsel for the Rosen Firm

*Tivity Health*-pending in the Davidson County Chancery Court, Nashville, Tennessee-Local counsel for The Weiser Firm

*USXPRESS*-pending in the United States District Court, Eastern District of Tennessee, Chattanooga, Tennessee-Local counsel for Pomerantz Law

## **Additional Litigation Experience:**

In addition to his class-action, ERISA, merger/takeover, derivative and price-fixing litigation over the past 50 years, Mr. Bramlett has represented a number of major corporations in their civil litigation, including such companies as the Coca-Cola Bottlers' Association. Mr. Bramlett has also represented Ford Motor Credit Corporation and other Ford subsidiaries in civil litigation, and was involved as local counsel in the defense of one of the major manufacturers in the asbestos litigation. Mr. Bramlett also regularly handles plaintiff's catastrophic injury, wrongful death and construction litigation. He obtained for a Plaintiff what is thought to be the largest wrongful death settlement in the history of Clarksville, Montgomery County, Tennessee, and has obtained a number of other large personal injury and wrongful death settlements in Tennessee and Mississippi. He has served for a number of years as defense trial counsel in Tennessee for an association of general contractors based in Kentucky and Tennessee, and has litigated a number of cases as lead trial counsel in Tennessee and Mississippi involving wrongful death and other catastrophic injuries. He also serves as defense counsel to several major trucking companies and their insurers in their liability litigation in Tennessee and Mississippi, and has handled litigation for over 100 trucking and tour-bus companies in his career. He regularly litigates more than ten trucking cases per year in State and Federal courts. He has defended contract and civil RICO disputes in State and Federal courts in Tennessee and New York and just successfully defended a civil RICO action in Federal Court in Tennessee. He has

successfully defended OSHA cases in Tennessee. He regularly has litigation pending in all the United States District Courts of Tennessee. For more than thirty-nine years, Mr. Bramlett has represented major figures in the entertainment industry in royalty disputes, contract work and other litigation matters, including representing songwriters of number one hits.

## Service as local and liaison counsel:

Mr. Bramlett regularly serves as local or liaison counsel to several of the major class action law firms in America, and has served as counsel to more than forty firms which have filed securities, derivative, price-fixing, ERISA, merger/takeover and consumer class actions in Tennessee in the past thirty-nine years.

## Additional members of the firm:

**ROBERT PRESTON BRAMLETT** practices with Bramlett Law Offices. He obtained his Juris Doctorate from Nashville School of Law and has been licensed to practice law in the State of Tennessee since April of 2007. He has been admitted to all state courts of Tennessee by the Tennessee Supreme Court, and has been admitted to the United States District Courts for the Western (Memphis), Middle (Nashville/Columbia/Cookeville) and Eastern (Chattanooga/Knoxville) Districts of Tennessee. He is a member of the Tennessee Bar Association. He received his undergraduate degree with a Bachelor of Science from Lipscomb University in 1999. He is a Rule 31 Listed mediator in Tennessee. Mr. Bramlett has been involved in several class action matters since his admission in 2007 and also devotes a substantial amount of his practice to personal injury litigation, trying Plaintiff's personal injury cases in the courts of Tennessee. He also handles probate and estate matters on a regular basis and recently successfully concluded the defense of a civil RICO matter in Federal Court.

9

**ASHLEY NICOLE BRAMLETT** is of counsel with Bramlett Law Offices. She obtained her Juris Doctorate from Nashville School of Law and has been licensed to practice law in the State of Tennessee since 2006. Mrs. Bramlett has been admitted to all State courts of Tennessee by the Tennessee Supreme Court and has been admitted to United States District Court, Western District of Tennessee, and the United States District Court, Middle District of Tennessee. She received her undergraduate degree with honors with a Bachelor of Arts from the University of Mississippi in 2001. Mrs. Bramlett handles estates, probate, wills, trusts and entertainment matters on a regular basis. She is also a published author of two children's books.

Robert and Ashley's three children (Paul Kent III, age 14, Ella, age 12, and Preston, age 8) are accomplished musicians on the violin and viola, and are presently on scholarship studying strings at Blair School of Music at Vanderbilt University. They have performed at the Opry House and Opryland Hotel and have performed as part of Vince Gill and Amy Grant's Christmas shows at the Ryman Auditorium. Ella has also performed as a violin soloist with the Nashville Symphony at the Schermerhorn Symphony Hall in Nashville.