BARRETT, JOHNSTON MARTIN
    & GARRISON, LLC
JERRY E. MARTIN
414 Union Street, Suite 900
Nashville, TN  37219
Telephone:  615/244-2202
615/252-3798 (fax)
jmartin@barrettjohnston.com

[Proposed] Liaison Counsel for [Proposed] Lead Plaintiff

LEVI & KORSINSKY, LLP
GREGORY M. NESPOLE
55 Broadway, 10th Floor
New York, NY  10006
Telephone:  212/363-7500
212/363-7171 (fax)
gnespole@zlk.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| CALEB PADILLA, On Behalf of Himself and All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>    vs.<br><br>COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, LARRY CASH, and THOMAS J. AARON,<br><br>                   Defendants. | Civil Action No. 3:19-cv-00461-EJR-BDH<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL |

Having considered Morta Vaisyte's ("Movant") Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), Movant is appointed as Lead Plaintiff; and

3.      Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Lead Plaintiff's selection of Levi & Korsinsky, LLP as Lead Counsel, and Barrett, Johnston Martin & Garrison, LLC as Liaison Counsel, for the class is approved.

IT IS SO ORDERED.


DATED:  _____     _____
                                     THE HONORABLE BARBARA D. HOLMES
                                     UNITED STATES MAGISTRATE JUDGE