BARRETT, JOHNSTON MARTIN
   & GARRISON, LLC
JERRY E. MARTIN
414 Union Street, Suite 900
Nashville, TN 37219
Telephone: 615/244-2202
615/252-3798 (fax)
jmartin@barrettjohnston.com

[Proposed] Liaison Counsel for [Proposed] Lead Plaintiff

LEVI & KORSINSKY, LLP
GREGORY M. NESPOLE
55 Broadway, 10th Floor
New York, NY 10006
Telephone: 212/363-7500
212/363-7171 (fax)
gnespole@zlk.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| CALEB PADILLA, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, LARRY CASH, and THOMAS J. AARON, <br><br> Defendants. | Civil Action No. 3:19-cv-00461-EJR-BDH <br><br> CLASS ACTION <br><br> DECLARATION OF JERRY E. MARTIN IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL |

I, JERRY E. MARTIN, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of Tennessee and this Court.  I am a member of the law firm of Barrett, Johnston Martin & Garrison, LLC, liaison attorneys for proposed lead plaintiff Morta Vaisyte ("Movant") in the above-captioned action.  This declaration is made in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:     Movant's Sworn Certification;

Exhibit B:     Movant's estimated losses, prepared by counsel;

Exhibit C:     Notice of pendency of class action published in Business Wire, a national business-oriented publication, on May 29, 2019;

Exhibit D:     Levi & Korsinsky, LLP firm résumé; and

Exhibit E:     Barrett, Johnston Martin & Garrison, LLC firm résumé.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 29th day of July, 2019, at Nashville, Tennessee.

s/ *Jerry E. Martin*
JERRY E. MARTIN

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that on July 29, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification o such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM./ECF participants indicated on the attached Manual Notice List.

s/ *Jerry E. Martin*
JERRY E. MARTIN

BARRETT, JOHNSTON MARTIN
  & GARRISON, LLC
414 Union Street, Suite 900
Nashville, TN  37219
Telephone:  615/244-2202
615/252-3798 (fax)
Email: jmartin@barrettjohnston.com

- 2 -

# Mailing Information for a Case 3:19-cv-00461 Padilla v. Community Health Systems, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Benjamin A. Gastel**
  beng@bsjfirm.com,nicolev@bsjfirm.com,mariahy@bsjfirm.com,gerards@bsjfirm.com,ecf-processor@bsjfirm.com,jims@bsjfirm.com

- **Lionel Z. Glancy**
  lglancy@glancylaw.com

- **Milton S. McGee , III**
  tmcgee@rwjplc.com,dgibby@rwjplc.com

- **Steven Allen Riley**
  sriley@rwjplc.com,dgibby@rwjplc.com

- **James Gerard Stranch , IV**
  gerards@bsjfirm.com,ecf-processor@bsjfirm.com,jennifers@bsjfirm.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Charles          H. Linehan
Glancy Prongay & Murray LLP
1925 Century Park East
Suite 2100
Los Angeles, CA 90067

Lesley           F. Portnoy
Glancy Prongay & Murray LLP
1925 Century Park East
Suite 2100
Los Angeles, CA 90067

Robert           V. Prongay
Glancy Prongay & Murray LLP
1925 Century Park East
Suite 2100
Los Angeles, CA 90067

Pavithra         Rajesh
Glancy Prongay & Murray LLP
1925 Century Park East
Suite 2100
Los Angeles, CA 90067

Howard           G. Smith
Law Offices of Howard G. Smith
3070 Bristol Pike
Suite 112
Bensalem, PA 19020
```

Case 3:19-cv-00461   Document 36   Filed 07/29/19   Page 4 of 4 PageID #: 218