# EXHIBIT B

| | Client Name | Morta Vaisyte |
|---|---|---|
| | Company Name | Community Health Systems, Inc. |
| | Ticker Symbol | CYH |
| | Security Type | |
| | Class Period Start | 02-20-2017 |
| | Class Period End | 02-27-2018 |
| | 90-DAY Lookback Period Start | 02-28-2018 |
| | 90-DAY Lookback Period End | 05-28-2018 |
| | 90-DAY Lookback Average | $ 04.34 |
| | Pre Class Period Holdings | 0 |

**SUMMARY OF FINANCIAL INTEREST**

| | |
|---|---|
| LIFO Loss Total | $ 4,549.6723 |
| *DURA LIFO* Total* | $4,549.67 |
| Gross Shares Purchased | 3,200.00 |
| Net Shares Retained | 3,200.00 |
| Net Funds Expended | $ 18,436.64 |

### Morta Vaisyte

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | | LIFO | DURA LIFO* |
| 10-16-2017 | 1600 | $6.09 | $ 9,739.04 | | | | | | - | 1600 | 1600 | $ 04.34 | $ 6,943.48 | | $ 2,795.56 | $ 2,795.56 |
| 11-03-2017 | 1600 | $5.44 | $ 8,697.60 | | | | | | - | 1600 | 1600 | $ 04.34 | $ 6,943.48 | | $ 1,754.12 | $ 1,754.12 |
| **Total:** | **3,200.00** | | **$ 18,436.64** | | | | | | | **3,200.00** | **3,200.00** | | **$ 13,886.97** | | **$ 4,549.67** | **$ 4,549.67** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

\* Disregarding losses not attributable to the alleged fraud from intra-class period sales matched to intra-class period purchases.