# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CALEB PADILLA, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>    v.<br><br>COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, LARRY CASH, and THOMAS J. AARON,<br><br>              Defendants. | Case No. 3:19-cv-00461-EJR<br><br>Judge Eli J. Richardson<br>Magistrate Judge Barbara Holmes |

## MICHAEL GAVIRIA'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Michael Gaviria ("Movant") respectfully moves this Court for an order: (1) appointing Movant as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); (2) approving Movant's selection of Glancy Prongay & Murray LLP as Lead Counsel and Branstetter, Stranch & Jennings, PLLC as Liaison Counsel for the class; and (3) granting such other relief as the Court may deem to be just and proper (the "Motion").

Movant seeks appointment as lead plaintiff and approval of his choice of counsel pursuant to the Exchange Act, the Federal Rules of Civil Procedure, and the PSLRA. This motion is based on this notice, the attached memorandum of law, the declaration of J. Gerard Stranch, IV, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

## CERTIFICATE OF CONFERENCE

Local Rule 7.01 requires a conference of counsel prior to filing motions. Due to the PSLRA's lead plaintiff procedure, however, Movant does not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movant respectfully requests that the conferral requirement of Local Rule 7.01 be waived.

DATED: July 29, 2019

Respectfully submitted,

By:   *s/ J. Gerard Stranch, IV*
**BRANSTETTER, STRANCH &
JENNINGS, PLLC**
J. Gerard Stranch, IV (BPR #023045)
Benjamin A. Gastel (BPR #28699)
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gerards@bsjfirm.com
beng@bsjfirm.com

*Counsel for Movant and [Proposed]
Liaison Counsel for the Class*

**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy (pro hac vice)
Robert V. Prongay (pro hac vice)
Lesley F. Portnoy (pro hac vice)
Charles H. Linehan (pro hac vice)
Pavithra Rajesh (pro hac vice)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:    (310) 201-9150
Facsimile:    (310) 201-9160

*Counsel for Movant and [Proposed] Lead
Counsel for the Class*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of July 2019, I electronically filed the foregoing documents using the Court's CM/ECF system, and a copy of this filing will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. The following counsel will receive service via the Court's CM/ECF system at the email addresses listed below:

Milton S. McGee , III
Steven Allen Riley
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203
615) 320-3700
Email: tmcgee@rwjplc.com
Email: sriley@rwjplc.com

*J. Gerard Stranch, IV*
J. Gerard Stranch, IV
