# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| CALEB PADILLA, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:19-cv-00461-EJR |
| Plaintiff, | Judge Eli J. Richardson<br>Magistrate Judge Barbara Holmes |
| v. | |
| COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, LARRY CASH, and THOMAS J. AARON, | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING MICHAEL GAVIRIA'S MOTION FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

Having considered the motion of Michael Gaviria for appointment as lead plaintiff and approval of counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), appoints Michael Gaviria as Lead Plaintiff; and

3.      Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), the Court appoints Glancy Prongay & Murray LLP as Lead Counsel and Branstetter, Stranch & Jennings, PLLC as Liaison Counsel for the class.

IT IS SO ORDERED.

Dated: _____, 2019          _____
                                             HON. ELI J. RICHARDSON
                                             UNITED STATES DISTRICT JUDGE

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of July 2019, I electronically filed the foregoing documents using the Court's CM/ECF system, and a copy of this filing will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. The following counsel will receive service via the Court's CM/ECF system at the email addresses listed below:

Milton S. McGee , III
Steven Allen Riley
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203
615) 320-3700
Email: tmcgee@rwjplc.com
Email: sriley@rwjplc.com

*J. Gerard Stranch, IV*
J. Gerard Stranch, IV

2