# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

|  |  |
|---|---|
| CALEB PADILLA, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>     v.<br><br>COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, LARRY CASH, and THOMAS J. AARON,<br><br>        Defendants. | Case No. 3:19-cv-00461-EJR<br><br>Judge Eli J. Richardson<br>Magistrate Judge Barbara Holmes |

**DECLARATION OF J. GERARD STRANCH, IV IN SUPPORT OF MICHAEL GAVIRIA'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

I, J. Gerard Stranch, IV, hereby declare as follows:

1.       I am an attorney with the law firm Branstetter, Stranch, & Jennings, PLLC, [proposed] liaison counsel for [proposed] lead plaintiff movant Michael Gaviria ("Movant") and for the class in the above-captioned action. I make this declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.       Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:     Press release published May 29, 2019 on *Business Wire*, announcing the pendency of the securities class action against Defendants herein: *Padilla v. Community Health Systems, Inc. et al.*, Case No. 3:19-cv-00461;

Exhibit B:     Signed PSLRA Certification of Movant;

Exhibit C:     Firm résumé of Glancy Prongay & Murray LLP; and

Exhibit D:     Firm résumé of Branstetter, Stranch, & Jennings, PLLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 29th day of July, 2019.

*J. Gerard Stranch, IV*
J. Gerard Stranch, IV

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of July 2019, I electronically filed the foregoing documents using the Court's CM/ECF system, and a copy of this filing will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. The following counsel will receive service via the Court's CM/ECF system at the email addresses listed below:

Milton S. McGee , III
Steven Allen Riley
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203
615) 320-3700
Email: tmcgee@rwjplc.com
Email: sriley@rwjplc.com

*J. Gerard Stranch, IV*
J. Gerard Stranch, IV
