UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| CALEB PADILLA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, LARRY CASH, and THOMAS J. AARON,<br><br>Defendants. | Case No.: 3:19-cv-00461<br><br>CLASS ACTION |

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned counsel for Lead Plaintiff Movant Arun Bhattacharya hereby moves for admission to appear pro hac vice in this action. I hereby certify that I am a member in good standing of the United States District Court, Southern District of New York. Attached is a Certificate of Good Standing from that court. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of disciplinary or criminal proceedings, except as disclosed herein.

/s/ _____
Signature

**Name and State Bar Number [include state where admitted]:** Jeremy A. Lieberman, New York, Attorney Bar Number 4161352 (Supreme Court, State of New York, Second Department)

**Business Address:** Pomerantz LLP, 600 Third Avenue, Floor 20, New York, NY 10016

**Local Address [if different than business address]:**

**Phone:** 212-661-1100

**Email:** jalieberman@pomlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2019, I caused a copy of the foregoing to be filed electronically and served by operation of the Court's electronic filing system to counsel on the following Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. I caused a copy of the foregoing to be served by email upon counsel set forth below:

| | |
|---|---|
| GLANCY PRONGAY & MURRAY LLP<br>Robert V. Prongay<br>Lesley F. Portnoy<br>Charles H. Linehan<br>Pavithra Rajesh<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 201-9160<br>Email: rprongay@glancylaw.com<br>lportnoy@glancylaw.com<br>clinehan@glancylaw.com<br>prajesh@glancylaw.com | LAW OFFICES OF HOWARD G. SMITH<br>Howard G. Smith, Pro Hac Vice forthcoming<br>3070 Bristol Pike, Suite 112<br>Bensalem, PA 19020<br>Telephone: (215) 638-4847<br>Facsimile: (215) 638-4867<br>howardsmith@howardsmithlaw.com |

/s/ _____
Signature

# Mailing Information for a Case 3:19-cv-00461 Padilla v. Community Health Systems, Inc. et al

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Arun Bhattacharya**
  PKNASHLAW@aol.com

- **Paul Kent Bramlett**
  pknashlaw@aol.com

- **Robert P. Bramlett**
  robert@bramlettlawoffices.com

- **Benjamin A. Gastel**
  beng@bsjfirm.com,nicolev@bsjfirm.com,mariahy@bsjfirm.com,gerards@bsjfirm.com,ecf-processor@bsjfirm.com,jims@bsjfirm.com

- **Lionel Z. Glancy**
  lglancy@glancylaw.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com

- **Jeremy A. Lieberman**
  jalieberman@pomlaw.com,disaacson@pomlaw.com,lpvega@pomlaw.com

- **Jerry E. Martin**
  jmartin@barrettjohnston.com,eseaborn@barrettjohnston.com,nchanin@barrettjohnston.com,jmartin@rgrdlaw.com,ggilbert@barrettjohnston.com

- **Milton S. McGee , III**
  tmcgee@rwjplc.com,dgibby@rwjplc.com

- **Gregory M. Nespole**
  nespole@whafh.com

- **Steven Allen Riley**
  sriley@rwjplc.com,dgibby@rwjplc.com

- **James Gerard Stranch , IV**
  gerards@bsjfirm.com,ecf-processor@bsjfirm.com,jennifers@bsjfirm.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Charles            H. Linehan
Glancy Prongay & Murray LLP
1925 Century Park East
Suite 2100
Los Angeles, CA 90067

Lesley             F. Portnoy
Glancy Prongay & Murray LLP
1925 Century Park East
Suite 2100
Los Angeles, CA 90067

Robert             V. Prongay
Glancy Prongay & Murray LLP
1925 Century Park East
Suite 2100
Los Angeles, CA 90067

Pavithra           Rajesh
Glancy Prongay & Murray LLP
1925 Century Park East
Suite 2100
Los Angeles, CA 90067

Howard             G. Smith
Law Offices of Howard G. Smith
3070 Bristol Pike
Suite 112
Bensalem, PA 19020
```

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

__JEREMY ALAN LIEBERMAN__, Bar # __JL6130__

was duly admitted to practice in the Court on

__January 10, 2006__

and is in good standing as a member of the Bar of this Court

Dated at     500 Pearl St.     On     __July 24, 2019__
New York, New York

By     _signature_
        Deputy Clerk

__Ruby J. Krajick__
Clerk of Court