# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CALEB PADILLA, Individually and on Behalf of All Other Similarly Situated,<br><br>               Plaintiffs,<br><br>vs.<br><br>COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, LARRY CASH, AND THOMAS J. AARON,<br><br>               Defendants. | Case No. 3:19-cv-00461<br><br>Judge Eli J. Richardson<br>Magistrate Judge Barbara Holmes |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiff Caleb Padilla respectfully moves this Court for an order admitting Casey E. Sadler as counsel *pro hac vice*.

Mr. Sadler is an attorney at Glancy Prongay & Murray LLP, located at 1925 Century Park East, Suite 2100, Los Angeles, California. Mr. Sadler's telephone number and email are: (310) 201-9150, csadler@glancylaw.com.

Mr. Sadler is admitted to practice before the United States District Court for the Central District of California. There are no disciplinary actions or investigation of documents pending in any jurisdiction for Mr. Sadler.

Mr. Sadler agrees to subject himself to the jurisdiction of the courts of Tennessee in any manner arising out of his conduct in such proceedings and agrees to be bound by the Code of Professional Responsibility applicable to Tennessee lawyers and the interpretation thereof by Tennessee courts.

Mr. Sadler has associated with James Gerard Stranch, IV and Benjamin A. Gastel of the law firm Branstetter, Stranch & Jennings, PLLC, 223 Rosa L. Parks Avenue, Suite 200, Nashville, TN 37203, for his appearance *pro hac vice* in this matter.

In support of this motion, a Certificate of Good Standing from the United States District Court for the Central District of California is attached for this applicant.

A proposed order granting this motion is filed contemporaneously herewith.

Dated: August 23, 2019 Respectfully submitted,

*/s/J. Gerard Stranch, IV*
J. Gerard Stranch, IV (BPR #23045)
Benjamin A. Gastel (BPR #28699)
**BRANSTETTER, STRANCH &
 JENNINGS, PLLC**
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
Email: gerards@bsjfirm.com
 beng@bsjfirm.com

*/s/ Casey E. Sadler*
Lionel Z. Glancy
Robert V. Prongay
Casey E. Sadler
Lesley F. Portnoy
Charles H. Linehan
Pavithra Rajesh
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

2

Howard G. Smith
Law Offices of Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Attorneys for Plaintiff Caleb Padilla*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of August 2019, I electronically filed the foregoing documents using the Court's CM/ECF system, and a copy of this filing will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. The following counsel will receive service via the Court's CM/ECF system at the email addresses listed below:

Steven A. Riley
Milton S. McGee, III
Riley Wamock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
sriley@rwjplc.com
tmcgee@rwjplc.com

Howard G. Smith
Law Offices of Howard G. Smith
3070 Bristol Pike
Suite 112
Bensalem, PA 19020
(215) 638-4847
Email: hsmith@howardsmithlaw.com

Paul Kent Bramlett
Robert P. Bramlett
Bramlett Law Offices
40 Burton Hills Blvd.
Suite 200
P O Box 150734
Nashville, TN 37215
(615) 248-2828
Fax: (615) 254-4116
Email: pknashlaw@aol.com
Email: robert@bramlettlawoffices.com

3

Gregory M. Nespole
Levi & Korsinsky, LLP
55 Broadway
10th Floor
New York, NY 10006
(212) 363-7500
Fax: (212) 363-7171
Email: nespole@whafh.com

Jerry E. Martin
Barrett Johnston Martin & Garrison, LLC
Philips Plaza
414 Union Street
Suite 900
Nashville, TN 37219
(615) 244-2202
Fax: (615) 252-3798
Email: jmartin@barrettjohnston.com

*Attorneys for the Defendants*

                                          */s/ J. Gerard Stranch, IV*
                                          J. Gerard Stranch, IV