# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CALEB PADILLA, Individually and on Behalf of All Other Similarly Situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, LARRY CASH, AND THOMAS J. AARON,<br><br>                Defendants. | Case No.: 3:19-CV-00461<br><br>Judge Eli J. Richardson<br>Magistrate Judge Barbara Holmes |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiff, Caleb Padilla, respectfully moves this Court for an order admitting Jared M. Schneider, as counsel *pro hac vice*.

Mr. Schneider is an attorney at Pomerantz LLP, located at 10 South LaSalle, Suite 3505, Chicago, Illinois. Mr. Schneider's telephone number and email are: (312) 377-1181, jschneider@pomlaw.com.

Mr. Schneider is admitted to practice before the United States District Court Northern District of Illinois. There are no disciplinary actions or investigation of documents pending in any jurisdiction for Mr. Schneider.

Mr. Schneider agrees to subject himself to the jurisdiction of the courts of Tennessee in any manner arising out of his conduct in such proceedings and agrees to be bound by the Code of Professional Responsibility applicable to Tennessee lawyers and the interpretation thereof by Tennessee courts.

Mr. Schneider has associated with James Gerard Stranch, IV and Benjamin A. Gastel of the law firm Branstetter, Stranch & Jennings, PLLC, 223 Rosa L. Parks Avenue Suite 200 Nashville, TN 37203, for his appearance *pro hac vice* in this matter.

In support of this motion, a Certificate of Good Standing from the United States District Court Northern District of Illinois is attached for this applicant.

A proposed order granting this motion is filed contemporaneously herewith.

Dated: November 27, 2019				Respectfully submitted,

/s/J. Gerard Stranch, IV
J. Gerard Stranch, IV (BPR #23045)
Benjamin A. Gastel (BPR #28699)
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gerards@bsjfirm.com
beng@bsjfirm.com

*Liaison Counsel for the Class*

/s/ Jared Schneider
Jared Schneider
Louis Ludwig
Joshua Silverman
Pomerantz LLP
10 South LaSalle, Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Facsimile: (312) 229-8811

*Co-Lead Counsel for the Class*

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of November, 2019, I electronically filed the foregoing documents using the Court's CM/ECF system, and a copy of this filing will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. The following counsel will receive service via the Court's CM/ECF system at the email addresses listed below:

Steven A. Riley
Milton S. McGee, III
Riley Wamock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
sriley@rwjplc.com
tmcgee@rwjplc.com

*Attorneys for the Defendants*

                                                 */s/ J. Gerard Stranch, III*
                                                 J. Gerard Stranch, III