# EXHIBIT I

# THOMSON REUTERS STREETEVENTS
# EDITED TRANSCRIPT
## CYH - Community Health Systems Inc at RBC Capital Markets Healthcare Conference

## EVENT DATE/TIME: FEBRUARY 23, 2017 / 1:00PM GMT

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

**THOMSON REUTERS**

Case 3:19-cv-00461   Document 67-12   Filed 03/23/20   Page 2 of 11 PageID #: 1364

## CORPORATE PARTICIPANTS

**Larry Cash** *Community Health Systems Inc. - CFO*

**Tom Aarons** *Community Health Systems Inc. - SVP, Finance*

## CONFERENCE CALL PARTICIPANTS

**Frank Morgan** *RBC Capital - Analyst*

## PRESENTATION

**Frank Morgan** *- RBC Capital - Analyst*

Welcome, everyone, today. Welcome, Larry and Tom. I know you want to make a couple comments to start off and then we'll do a little Q&A.

---

**Larry Cash** *- Community Health Systems Inc. - CFO*

Yeah. We've got a little -- not slides, but just a couple things from our slides. Page 2 is our forward-looking statements, all our risk factors and stuff. We may make a couple forward-looking statements today which we don't have any responsibility to update.

We finished out the year in the fourth quarter much better than the preceding quarters. EBITDA was [5.64], a little better than consensus, about [5.30]. Still down from last year, due to HITECH and QHC. Our expenses were up about 2% in the fourth quarter, same store, been running about 5% through the first 3 quarters. So, it was a good job and the revenue was about $80 million. Or about $90 million, better in the third quarter. We had better inpatient admissions, surgeries, a better case mix, and also a bit better Medicaid reimbursement and better expense management. EPS came out $0.46. That was a good close to a challenging year.

Number slide 4 here gives you the [buy] statistics. We still, as we have throughout the year, we had a little bit less fluid and respiratory. Remember, this is the fourth quarter. Yes, we're seeing some fluid in the first quarter like everybody but about 65% of our admissions were op or fluid and respiratory related and the other is [bursts] and readmissions. Readmissions have actually started to come down. We had a little less readmissions in the fourth quarter, last of them in the run rate. Hopefully we'll quit having that issue in 2017.

Surgeries were slightly down. I think the industry had a little bit less surgical growth there. It was pretty strong last year. Probably the thing -- and I appreciate Frank giving us a few seconds to talk about it, slide 5 is our portfolio. As you know, just a little history, we got to [spend on], took down $1.2 billion of debt. We sold to Universal the joint venture for $445 million. We did complete a sell and leaseback of 10 MOBs for $163 million and the debt goes back on the books but it doesn't go in the senior secure debt. And we'll probably do some more office building type of leases in 2018.

We completed a sale of our homecare division for 80% for $128 million. Those two closed. We now have 15 hospitals in definitive agreements of the 25 that we're calling out and collectively that's about $915 million of proceeds we expect to get, about $1.8 billion of revenue in single digit margins and we're still getting a pretty good price for these. These should close sometime between now and the end of the third quarter.

We still have another 10 hospitals for a total of 25. We're working on, if you added homecare and the sell leaseback for the year we had about $300 million of revenue and about $1.8 billion of proceeds, including working capital. We've always said we'll continue to look at divestitures. We get a lot of input from people about the facilities. Some we hear from, we don't want to consider a transaction. Some we do. We feel pretty comfortable we'll see another 4% to 5% of our revenue that we'll be able to announce sometime, maybe on the May call and we should see a transaction in the third quarter there. And that would be at similar prices.

---

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

Case 3:19-cv-00461 Document 67-12 Filed 03/23/20 Page 3 of 11 PageID #: 1365

We did -- Tom Aaron here recommended we start to chart out the divestiture growth here. Since we started last May, it's important for us to bring down our debt, bring down our leverage, and also improve the portfolio of the hospitals. So, we've gone from 10 hospitals in May with about $1 billion of revenue and $500 million of proceeds up to the $3 billion and $1.8 billion of proceeds.

The other thing that we wanted to do was show you on slide 7, we're trying to pick hospitals that leave us with a better portfolio, a better cash flow, a better volume growth. You'll see that 133 hospitals for the year versus the same store results for the 158 hospitals would be 50 basis points on admissions and 40 on [adjust] admissions and 30 on surgeries. And all the transactions in 2016 had they taken place beginning of the year we'd have about 150 basis points, improving margins [we'll have] the company.

We went out with the guidance here. We think it's reasonable and achievable. We reviewed it this week with our board and spent a lot of time on it. The one thing we have down historically when we bought hospitals, we put in some unnamed hospitals in the middle of the year. Here we put in some unidentified hospitals, we feel pretty sure it would be like 4% to 5% of revenue and we think we'll be able to talk about those probably on the next conference call in May. And we were thinking those will also close by the third quarter and they'd be at similar prices and single digit margins. Mid-single digit margins. So, I think we'll continue our efforts to try to delever like that.

Finally, a bridge that we did, started [2225]. What we've sold to date is $110 million coming out but we estimate again there's timing of this. This is revenue related to this, be another $100 million. So, excluding the effect of either divestitures completed or expect to, we have $2 billion of EBITDA. We've got a couple acquisitions we did in March, two of them in Indiana which is a good state for us, good margins. We did about $7 million in HITECH. We hope this will be the last year we talk about HITECH. We're getting down to pretty small numbers, $15 million to $20 million. We'll call out leap day because it is probably a very profitable day a year ago, about $20 million.

We think with the guidance we've got, the managed care rates we've got, where we are on our Medicaid, and the acuity spending going up nicely, it was up real nice in the third and fourth quarter and year over year it's done a good job. It should continue. It's about $40 million, that's the focus of the company. A big focus, we made some progress in the third quarter on physician practices, not as much as we targeted, but about half what we targeted, about $25 million, and then expense management from staffing and business offices and supply chains and areas such as that, should be about $70 million. Well over half of that is in the run rate right now on a partial year, especially with results and a good fourth quarter. So, we should be able to accomplish that pretty good.

That gets you to the midpoint of guidance and that's -- I'll turn it back over to Frank then.

## QUESTIONS AND ANSWERS

**Frank Morgan** *- RBC Capital - Analyst*

Okay. Thanks, Larry. Certainly you put up a good quarter the other day and I think most people were pleased with the guidance and the (inaudible) you're making but there was also another news story that came out I thought we might better get your comments on that came out yesterday. Just any color you'd like to share with us on this news that hit last night?

**Larry Cash** *- Community Health Systems Inc. - CFO*

Yes. I'll do that. First of all, let me publicly thank Wayne Smith for all the support and the help he's given me over the last 20 years here. Plus we've known each other for 40 years. The company is really good shape, we think. After the lease that we started in May, doing the divestitures, we made progress and we've got a really good future ahead of us. We've got a lot of good, young talent. Tim Hingtgen is the COO, Dr. Lynn Simon, Chief Accounting Officer, Kevin Hammons and Mike Lynd. You've got Ross Comeaux here in Investor Relations.

It's a good time to step back and reflect. I think I was calculating that I had closed the books, my financial closing, 500 different closings. It was a lot of quarters, a lot of activity. So, this was a good time to announce my retirement. I'll drop off the company. I'll be a consultant. I'll be around to

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



Case 3:19-cv-00461 Document 67-12 Filed 03/23/20 Page 4 of 11 PageID #: 1366

help Tom. Tom's got a lot of experience in the company. He's been around since 1997. He's been 15 years working with the company from a partner perspective.

And just a personal comment, I've got to looking forward to be sort of hearing the words of husband, dad, papa, grandpa. I've got 7 grandchildren. It's time to enjoy the success of the last few years. Tom, do you want to talk about yourself, which is [more important]?

**Tom Aarons** - *Community Health Systems Inc. - SVP, Finance*

So, I had a career with Deloitte, my entire professional career before coming to Community Health Systems. That entire time I was working on our healthcare practice, both as a healthcare consulting partner and then as a healthcare partner. I had the opportunity to work in 1996 on the transaction when Forstmann Little acquired Community Health Systems and I was actually there when Wayne was hired and when Larry was hired and got a chance to work with them and take them public in 2000 and then rotated off and back on.

While I wasn't working on CHS and serving other clients I worked with our firm's largest national provider clients, mostly in the provider space, some in the payer space and then more recently with some of the businesses that are popping up in between, getting a sense of utilization management, PBM, revenue cycle, and the sorts.

So, I've been with CHS now since late November and Larry's given me the chance to sit in. I know a lot about the financial reporting process but I've spent a lot more time with the operations team who Larry mentioned, on the operations side and then working on the other things we're doing with respect to the balance sheet. But I'm excited to be in the new role.

**Frank Morgan** - *RBC Capital - Analyst*

Glad to have you here. I certainly have known Tom for quite a while. He's a great guy and I think he'll do a good job with Community. So, let's jump over, I have a few questions here. Certainly if you have any questions from the audience, certainly chime in here. Raise your hand and we'll take care of you or we'll poll at the end as well.

But I thought what we would do maybe first is start out, talk a little bit about the ACA. Certainly a lot of activity going on on that front and I know that nobody has a perfect crystal ball right now. We say everybody's an expert right now because nobody knows. But could you give us sort of your take or your thoughts kind of on you think repeal and replace plays out?

**Larry Cash** - *Community Health Systems Inc. - CFO*

As you said, no one really knows. It's there. I think there's some very talented healthcare people in Congress and the Senate know a lot about healthcare. Senator Alexander from Tennessee is involved in it. He knows a lot about it from our state for sure.

One of the things that I would say, that I believe for certain pre-existing conditions will not -- you'll be able to get insurance. And pre-existing, there will not be medical underwriting. I think the rate bands will probably get widened a little bit, so that single young people will be able to buy insurance, a little bit more affordable. They went to three rate bands. Most (inaudible) would've told you that's too narrow. That's probably one thing to for sure fix.

But I think it's real uncertain exactly how they go about doing it. We think that from our perspective that they will live by what was said during the campaign and since then they'll find a way to continue coverage for the people that rolled -- if you go back over the years, when Medicaid's been expanded and the Medicaid program's been expanded and program's been in place, so there's never been a time what a Medicaid program's been taken away. So, it would be hard to think that would in some fashion wouldn't continue.

But we don't have a perfect answer other than we think from our perspective, we're planning to operate the way we operated last year and we have no expectations we'll have any challenges to achieve our guidance based on what happens to the ACA.

4

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

Case 3:19-cv-00461 Document 67-12 Filed 03/23/20 Page 5 of 11 PageID #: 1367

**Frank Morgan** *- RBC Capital - Analyst*

Sure. And in terms of what the benefit to date has been, I think you called out something like $270 million of revenue. Could you break that out maybe between how much you saw from the exchange side and how much were you a beneficiary of Medicaid expansion?

**Larry Cash** *- Community Health Systems Inc. - CFO*

Yeah. It's about 70% would be the benefit from Medicaid. I think we made a comment on the call. It's not perfect that you can identify all the exchange business. Where you can identify the exchange business, it's a little over 1% of all our admissions, maybe a little bit more of that in the areas where we can do it. So, it's not a big benefit. Most of the benefit has been there and we have had probably, of our Medicaid benefit, probably 15% or maybe even 20% of that's [woodwork].

Woodwork is something that will not go away. That's people who are eligible for Medicaid when the program started in January of 2014. There were 10 million people out there who were eligible and overall the publicity about it, more of those have gotten enrolled. It's a lot easier now to get enrolled in states and so the woodwork benefit will probably be there no matter what happens to the ACA.

**Frank Morgan** *- RBC Capital - Analyst*

Certainly you mentioned the $270 million of revenue benefit. I know there were some legacy programs that have been in place that are sort of weaning off as the Affordable Care Act progresses. But where are we in that process with the rollout of stuff like DSH payments and some of these other programs that were supposedly from the past that don't need to exist assuming ACA were to continue, what's the net number?

**Larry Cash** *- Community Health Systems Inc. - CFO*

Let me make one more comment. We did go back. And Tom will take that question. And if we go back to 2013, our Medicaid adjusted admissions are up about 33% in expansion states and self-pay is down about 47%. And it's 3% or 4% in non-expansion states which is the woodwork. So, it's worked the way it's supposed to work from that perspective. Most of the benefit has come on Medicaid and I think it's unlikely there will be much change on that part of the program. Do you want to talk about the DSH, Tom?

**Tom Aarons** *- Community Health Systems Inc. - SVP, Finance*

So, the two big programs would be the Medicare uncompensated care and then Medicaid DSH payments. Medicaid DSH is about $60 million in reimbursement for us and we think in 2017 that's going to be impacted just slightly. And then on the Medicare side, uncompensated care is slightly more on that with a headwind there. But we still receive money from those programs.

**Frank Morgan** *- RBC Capital - Analyst*

Maybe shifting gears just a little bit over to say Medicare and Medicare certainly -- Congressman Paul Ryan was suggesting at one point that he was going to try to tie Medicare reform in with his repeal or replace. That clearly doesn't look like that's going to happen now but do you have a view of kind of what the impact of a Medicare reform might be on your business, how it would -- or I guess do you agree that the chances of it being passed early on are pretty low? And then kind of how do you see that playing out?

**Larry Cash** *- Community Health Systems Inc. - CFO*

Certainly I think the program will continue to exist pretty much as it is. Clearly the Medicare Advantage is growing. It's roughly 8% of our revenue right now. And I don't expect the Medicare program to change. They've got a lot on their plate already talking about tax reform and the ACA. So,

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.


THOMSON REUTERS

Case 3:19-cv-00461 Document 67-12 Filed 03/23/20 Page 6 of 11 PageID #: 1368

I don't think they'll be coming after that. I think at least as I remember in the campaign it was pretty strong there would not be any change in the Medicare program in the -- under the Trump administration as was previously outlined.

**Frank Morgan** *- RBC Capital - Analyst*

What do you think happens to the pay forwards now under the world that exists with ACA? I'm assuming that the government doesn't want to reverse that out if they do away with ACA. What are your thoughts there? What is your working assumption there?

**Larry Cash** *- Community Health Systems Inc. - CFO*

Tom? You want to -- ?

**Tom Aarons** *- Community Health Systems Inc. - SVP, Finance*

Yeah. We're not making any assumptions that's going to be in our 2017 model. And again there's a lot of assumptions about that and what happens with it. So, we haven't really sharpened our pencils to play that out.

**Larry Cash** *- Community Health Systems Inc. - CFO*

And I think most of the people who represent the hospitals, the American Hospital Association and Federation clearly are making a point that they were hooked together when the bill was passed and to the extent that -- how fair this would be if you were to have some change in ACA, which we don't think will happen, but if you did, it would reduce enrollment and probably cuts, some of those cuts should be reversed also but that remains to be seen.

**Frank Morgan** *- RBC Capital - Analyst*

The last part of ACA, beyond getting access was certainly some of the cost and policy programs designed to lower cost. What's your view on how you think things like episodic payment models play out here? Certainly there are CJR, those are already moving in the pike and HHS, Secretary Tom Price doesn't seem to be too big of a fan there. But anything we should be paying attention with regards to the policy side of the ACA that you think may or may not remain?

**Tom Aarons** *- Community Health Systems Inc. - SVP, Finance*

Well, we have the same belief about Price and what we've heard that he doesn't like those. We have played in those to a limited degree on the voluntary side. We've learned a lot from -- we've been doing it a little bit over a year, about probably $4 million EBITDA impact in 2016 and in December they put out some other programs that I think 29 of our hospitals were impacted by those and on AMI those will be for each one of those. And for the CABG. There's another one I think it will be half of our hospitals that would be impacted by that. But we've learned a lot and we think we have a better feel for it, if those do move forward, how we would operate under those.

**Larry Cash** *- Community Health Systems Inc. - CFO*

We've got an executive that we put in charge of that. He's got a managed care background, someone, back in the days, someone I worked with at Humana. He's worked well with our physicians on potential gain sharing, the bundling project. It's not something that -- we've had some DRGs who chose to back away with interest, opposed to it. But it's a pretty small percentage of the company and we'll be cautious about it. But it's a program that if we need to adopt, I think we're well to do that.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

Case 3:19-cv-00461 Document 67-12 Filed 03/23/20 Page 7 of 11 PageID #: 1369



**Frank Morgan** *- RBC Capital - Analyst*

Sure. Let's shift over to balance sheet. Obviously you highlighted in your opening remarks a lot of the activity that you've been pursuing there with divestitures. Clearly the size there of that divestiture program has gotten bigger. I'm curious, I know a lot of this was in the works before the election. Have you noticed any change in appetite on the part of buyers to look at deals? Do you sense if there's any type of pause at all to see how this initial repeal and replace plays out?

**Larry Cash** *- Community Health Systems Inc. - CFO*

Yeah. For instance, Spokane was one, it was underway, someone contacted us about an offer for investment in their banking firm and the price was there and they approved it afterwards. With most deals, the last 8 we've just announced have been underway for a while and they were approved by the board of a financing company. So, we have not noticed -- as a matter of fact we continue to get inbound calls and interest from people. We look at the assets we're selling, there's some opportunity in some of those as long as they're strategically located in places where other buyers may not have ones, barring Spokane, doing statewide networks. So, as to date, we have not had any negative reaction or any deals not go forward because of the Affordable Care Act and we continue to get a lot of inbound activity.

**Frank Morgan** *- RBC Capital - Analyst*

The other round of assets, potential sales, I think the 4% to 5% of revenue match which I guess is $700 million, $800 million of value there, did that all happen post-election? What was the timing there?

**Larry Cash** *- Community Health Systems Inc. - CFO*

That did happen post-election. We're close to being able to consider that group of revenue, roughly $700 million single digit margins as a transaction that we see good visibility in closing and we said earlier that we hope to be able to quantify that in the number of hospitals at our next conference call, probably late April or early May. It's got started clearly with 25 hospitals and doing this for about a year, we've had a couple of transactions start and not go through, something else comes in its place. The way we do these transactions, we try to find an opportunity for a couple different buyers in case something does happen. But for the most part what we've started we pretty much will finish.

**Frank Morgan** *- RBC Capital - Analyst*

Have the valuations been -- not necessarily disclosing numbers, but what's been sort of the range of valuation that you've seen here? Has it been fairly consistent or has it been a fairly wide extreme of what you've been able to fetch here?

**Larry Cash** *- Community Health Systems Inc. - CFO*

Frank, it's been fairly consistent. I think we're probably close to 8 to 10. I know you're from Alabama, but even from Alabama you can do that math.

**Frank Morgan** *- RBC Capital - Analyst*

Sounds like a good deal.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



Case 3:19-cv-00461  Document 67-12  Filed 03/23/20  Page 8 of 11 PageID #: 1370

**Larry Cash** - *Community Health Systems Inc. - CFO*

Close to 10. And we think that's a good price. If something had a little bit higher margin, maybe we think it would be a little bit better but I think we've provided enough information that people can see it generally floating around a 10 multiple and of course that helps to bring the leverage down, bring the cash flow up, and the increment of that greater than our current trading value to create some extra shareholder value also.

**Frank Morgan** - *RBC Capital - Analyst*

Thank you. You mentioned potentially more sell leasebacks on MOBs. Any other service lines? Obviously you did home healthcare. Is there anything else out there you see?

**Tom Aarons** - *Community Health Systems Inc. - SVP, Finance*

Yes. I think the two areas you might look would be on our psych which we have psych units in about 60 hospitals and two freestanding and then we also have rehab. We've looked at that. We have nice organic growth in that area, opportunities to expand. And so I think for now we're sticking to where we are with those. I mean, the access points are where we're making investments and those are providing additional access points as well. So, I think we're set with the other parts of our business.

**Larry Cash** - *Community Health Systems Inc. - CFO*

Your observation is correct. We've heard some inbound interest on those but I think for right now we need a good part of the company, it will stay a part of the company.

**Frank Morgan** - *RBC Capital - Analyst*

Sure. And in terms of with all this deleveraging I think you called out you could probably be down to a little under $13 billion of debt by the end of the year. And I don't know, I don't recall if that actually includes the last $700 million to $800 million round of potential sales. But I guess how do you feel now understanding that you've got -- you're facing in 2018 and 2019 a big round of refinancing. How do you feel there now that you've made this progress? And if you get to this target of $12.9 billion by the end of the year?

**Larry Cash** - *Community Health Systems Inc. - CFO*

We feel pretty good. We've got some debt due in August of '18 and December of '18. We finished a little bit better for a better quarter. We've got more proceeds. We've got more definitive agreements. So, this will be a time, sometime this year that we'll think about doing some refinancing. We've been active in the market before, borrowing money, borrowing money for Triad and the leverage went up and it came back down.

We borrowed money for HMA. It came down and now it's gone back up as a result of some other performance. But it's going to get better with these transactions. So, we'll be in the market. We've got a lot of different alternatives. The way to do it, I think you'll see us be active to leasing, refinancing, also as we do these proceeds from these, we're paying a senior debt, a senior secured debt which will help our ratio from a coverage perspective.

**Frank Morgan** - *RBC Capital - Analyst*

And I know you recently got some covenant -- some changes in your covenant structures. Are you feeling good there now?

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



Case 3:19-cv-00461 Document 67-12 Filed 03/23/20 Page 9 of 11 PageID #: 1371

**Larry Cash** - *Community Health Systems Inc. - CFO*

Yeah. We were in good shape when we did it, with anybody who wants a little bit of cushion, we've got a fair amount of debt, and we've got a little bit of cushion for 2017. We were in good shape at the end of December, we'll be in good shape in the quarters this year, and we should be in good shape going into 2018 on the covenants we have. There will be some refinancing activities along the way.

**Frank Morgan** - *RBC Capital - Analyst*

You made a comment in the earnings call the other day, I think you identified, you said something like 20% of the hospitals at HMA accounted for 90% of the consolidated revenue and volume shortfall. Are those -- should we expect that those hospitals are the ones going away? Are those ones that you're still going to be working with? Will those remain in your portfolio going forward?

**Larry Cash** - *Community Health Systems Inc. - CFO*

It's a combination of both. Some we think have opportunity, some we have not owned all that long. They've gotten off to a slower start but there will be some that will be in the divestiture activity. So, it's a combination of both. We believe and we point that out because HMA has lagged behind the legacy hospitals, the legacy hospitals have performed better from a revenue and earnings perspective. HMA has lagged behind, although in fourth quarter we closed the gap and we'll continue to do that and hopefully some time in '17 we'll quit breaking it out. But there are some hospitals there that have lagged from a volume perspective that maybe the divestiture can -- I believe of the 15 hospitals that we've announced, 8 of those are HMA hospitals and of course one of them is in Florida.

**Frank Morgan** - *RBC Capital - Analyst*

Looks like we're out of time but let's take a couple questions if there's any interest? Okay.

**Unidentified Audience Member**

(inaudible -- microphone inaccessible)

**Larry Cash** - *Community Health Systems Inc. - CFO*

Yeah. We did a better job on staffing. Our productivity was a little bit better. That activity, we did a better job in supplies, grew it a little bit better year over year and we had some programs around that. A lot -- we slowed down some contract labor. We had a little bit of some reduced taxes and business taxes in one of our markets, we renegotiated. We did a better job on travel, repairs, and maintenance. We stopped a lot of the spending for the fourth quarter. We think a lot of that's sustainable going forward.

We still got a lot of opportunity in strategic sourcing and supplies and the implant area. We've got a good opportunity in staffing. Our health insurance has been a challenge for us for the first three quarters and we've managed a little bit better results in the fourth quarter and in first quarter we got drug benefit modifications. We also changed one of our TPAs out, third party administrators, who didn't have the best network for some of the large claims. I think we'll continue to work on expenses. A lot of the programs that we've had in place in the fourth quarter carry into 2017. So, we feel really good about the bridge amount of expensing program we've got.

**Unidentified Audience Member**

(inaudible -- microphone inaccessible)

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

Case 3:19-cv-00461  Document 67-12  Filed 03/23/20  Page 10 of 11 PageID #: 1372

FEBRUARY 23, 2017 / 1:00PM, CYH - Community Health Systems Inc at RBC Capital Markets Healthcare Conference

**Larry Cash** - *Community Health Systems Inc. - CFO*

There's about $2 billion of revenue going away. I think there's about $3 billion of revenue in total that's going to go away --

**Unidentified Audience Member**

(inaudible -- microphone inaccessible)

**Larry Cash** - *Community Health Systems Inc. - CFO*

That's in the $2 billion. Yeah.

**Frank Morgan** - *RBC Capital - Analyst*

Okay. We do have a breakout session. So, we'll hop out for now and we can reconvene right after the breakout. Thank you.

**DISCLAIMER**

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2017, Thomson Reuters. All Rights Reserved.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2017 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

THOMSON REUTERS

Case 3:19-cv-00461   Document 67-12   Filed 03/23/20   Page 11 of 11 PageID #: 1373