| | |
|---|---|
| CALEB PADILLA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, LARRY CASH, and THOMAS J. AARON,<br><br>Defendants. | Case No. 3:19-cv-00461<br><br>District Judge Eli J. Richardson<br>Magistrate Judge Barbara D. Holmes<br><br>CLASS ACTION |

**LEAD PLAINTIFFS' NOTICE OF
SUPPLEMENTAL AUTHORITY**

Lead Plaintiffs Arun Bhattacharya and Michael Gaviria ("Plaintiffs"), by and through counsel, notify the Court and opposing counsel of the following supplemental authority pertaining to Defendants' fully briefed motion to dismiss: *Bond v. Clover Health Investments, Corp. et. al*, 3:21-cv-00096 (M.D. Tenn. Feb. 28, 2022) ("*Bond*") (attached hereto as Exhibit ("Ex.") A).

In particular, the *Bond* court rejected defendants' puffery arguments because "defendants' assertions . . . were built around a core contention that was factual and definite in nature" (*see* Ex. A at 40), a distinction addressed in *Lead Plaintiffs' Opposition to Defendants' Motion to Dismiss Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws* ("MTD Opp.") (ECF No. 69 at 17-18). *Bond* also found that that the complaint gave rise to a strong inference of scienter, in large part because the alleged false statements involved "a matter core to Clover's business model and specifically important to its value to

1

investors." *See* <u>Ex A</u> at 51. Plaintiffs address similar reasoning in their MTD Opp. at 30-31. Finally, *Bond* credited confidential witnesses ("CWs") whose "job descriptions and periods of employment, as well as specific allegations regarding how the CWs came to possess the information that they did" were sufficiently described, *see* <u>Ex. A</u> at 35, as they are here. *See* MTD Opp. at 31.

Dated: March 21, 2022

Respectfully submitted,

*/s/ J. Gerard Stranch, IV*
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
J. Gerard Stranch, IV (BPR #23045)
Benjamin A. Gastel (BPR #28699)
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gerard@bsjfirm.com
beng@bsjfirm.com

*Liaison Counsel for Plaintiffs*

**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy (admitted *Pro Hac Vice*)
Robert V. Prongay (admitted *Pro Hac Vice*)
Casey E. Sadler (admitted *Pro Hac Vice*)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
lglancy@glancylaw.com
rprongay@glancylaw.com
csadler@glancylaw.com

*Co-Lead Counsel*

**POMERANTZ LLP**
Joshua B. Silverman
(admitted *Pro Hac Vice*)
Louis C. Ludwig
(admitted *Pro Hac Vice*)
10 South LaSalle Street, Suite 3505

2

Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 229-8811
jbsilverman@pomlaw.com
lcludwig@pomlaw.com

***Co-Lead Counsel***

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March, 2022, I electronically filed the foregoing documents using the Court's CM/ECF system, and a copy of this filing will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. The following counsel will receive service via the Court's CM/ECF system at the email addresses listed below:

Charles H. Linehan
Lesley F. Portnoy
Pavithra Rajesh
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Email: clinehan@glancylaw.com
Email: lportnoy@glancylaw.com
Email: prajesh@glancylaw.com

Howard G. Smith
Law Offices of Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Email: hsmith@howardsmithlaw.com

Jared Schneider
Pomerantz LLP (Chicago Office)
10 S LaSalle Street, Suite 3505
Chicago, IL 60603
Email: jschneider@pomlaw.com

*Additional Counsel for Plaintiff*

Carson W. King
Hall Booth Smith, P.C. (Nashville Office)
424 Church Street, Suite 2950
Nashville, TN 37203
Email: cking@rwjplc.com

Milton S. McGee, III
Steven Allen Riley
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203

4

Email: tmcgee@rwjplc.com
Email: sriley@rwjplc.com

*Counsel for Defendants*

J. Alexander Hood, II
Jeremy A. Lieberman
Pomerantz LLP (NY Office)
600 Third Avenue, 20th Floor
New York, NY 10016
Email: ahood@pomlaw.com
Email: jalieberman@pomlaw.com

Paul Kent Bramlett
Robert P. Bramlett
Bramlett Law Offices
40 Burton Hills Blvd., Suite 200
P O Box 150734
Nashville, TN 37215
Email: pknashlaw@aol.com
Email: robert@bramlettlawoffices.com

*Counsel for Intervenor Plaintiff, Arun Bhattacharya*

Gregory M. Nespole
Levi & Korsinsky, LLP
55 Broadway, 10th Floor
New York, NY 10006
Email: gnespole@zlk.com

Jerry E. Martin
Barrett Johnston Martin & Garrison, LLC
Philips Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Email: jmartin@barrettjohnston.com

*Counsel for Movant, Morta Vaisyte*

/s/ J. Gerard Stranch, IV
J. Gerard Stranch, IV (BPR #23045)
