IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CALEB PADILLA, *individually and on behalf of all others similarly situated*, | ) ) | |
| | ) | NO. 3:19-cv-00461 |
| Plaintiff, | ) | JUDGE RICHARDSON |
| | ) | |
| v. | ) | |
| | ) | |
| COMMUNITY HEALTH SYSTEMS, INC., et al. | ) ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

For the reasons set forth in the accompanying memorandum opinion, Defendants' Motion to Dismiss (Doc. No. 65) is **DENIED**.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE