UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
Nashville Division

| | |
|---|---|
| CALEB PADILLA, Individually and On Behalf of All Others Similarly Situated | Case No. 3:19-cv-00461 |
| v. | |
| COMMUNITY HEALTH SYSTEMS, INC., et al. | Judge Eli J. Richardson |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Melissa C. Wright hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Lead Plaintiffs Arun Bhattacharya and Michael Gaviria.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the United States District Court for the Central District of California. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

N/A

3. I have not been found in contempt by any court or tribunal, except as provided below:

N/A

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

N/A

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

N/A

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

N/A

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

J. Gerard Stranch, IV (BPR #023045)
BRANSTETTER, STRANCH & JENNINGS, PLLC
223 Rosa L. Parks Avenue, Suite 200, Nashville, Tennessee 37203
Telephone: (615) 254-8801; Email: gerards@bsjfirm.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Melissa C. Wright  Signature

Name: Melissa C. Wright
State where admitted and State Bar Number: California (SBN# 291120)
Business Address: Glancy Prongay & Murray, 1925 Century Park East, Suite 2100, Los Angeles, CA 90067
Local Address [if different from above]:
Phone: (310) 201-9150
Email: mwright@glancylaw.com

**CERTIFICATE OF SERVICE**

[Include certificate of service in compliance with Local Rule 5.01 and 5.02]

see attached

**FEE: $150.00 [Fee may be paid through the credit card module in ECF or payment may be forwarded to the Clerk within 21 days of filing the motion. If forwarded to the Clerk, payment should be in the form of a check, cashier's check or money order payable to the Clerk, U.S. District Court, 719 Church Street, Suite 1300, Nashville, TN 37203.]

Certificate of Service

I hereby certify that on this 7th day of September, 2022, I electronically filed the foregoing documents using the Court's CM/ECF system, and a copy of this filing will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. The following counsel will receive service via the Court's CM/ECF system at the email addresses listed below:

Charles H. Linehan
Lesley F. Portnoy
Pavithra Rajesh
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Email: clinehan@glancylaw.com
Email: lportnoy@glancylaw.com
Email: prajesh@glancylaw.com

Howard G. Smith
Law Offices of Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Email: hsmith@howardsmithlaw.com

Carson W. King
Hall Booth Smith, P.C. (Nashville Office)
424 Church Street, Suite 2950
Nashville, TN 37203
Email: cking@rwjplc.com

J. Alexander Hood, II
Jeremy A. Lieberman
Pomerantz LLP (NY Office)
600 Third Avenue, 20th Floor
New York, NY 10016
Email: ahood@pomlaw.com
Email: jalieberman@pomlaw.com

Paul Kent Bramlett
Robert P. Bramlett
Bramlett Law Offices
40 Burton Hills Blvd., Suite 200
P O Box 150734
Nashville, TN 37215
Email: pknashlaw@aol.com
Email: robert@bramlettlawoffices.com

Gregory M. Nespole
Levi & Korsinsky, LLP
55 Broadway, 10th Floor
New York, NY 10006
Email: gnespole@zlk.com

Jerry E. Martin
Barrett Johnston Martin & Garrison, LLC
Philips Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Email: jmartin@barrettjohnston.com

*/s/ J. Gerard Stranch, IV*