**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| CALEB PADILLA, Individually and on Behalf of All Others Similarly Situated, ) ) | Case No. 3:19-cv-00461 |
| ) | |
| Plaintiff, ) | District Judge Eli J. Richardson |
| ) | Magistrate Judge Barbara D. Holmes |
| ) | |
| v. ) | JURY DEMAND |
| ) | |
| COMMUNITY HEALTH SYSTEMS, INC., ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c) and section M of the First Modified Case Management Order (Docket No. 85), the Parties jointly move the Court for entry of the Stipulation and [Proposed] Protective Order Governing the Exchange and Use of Discovery Material appended hereto. The Parties agree that there is a need for the entry of a protective order in this action in order to, among other things, protect the confidentiality of documents and information disclosed in discovery, and have all reviewed and consented to the wording of the proposed order. In accordance with the Court's order of October 7, 2022 (Docket No. 94), a copy of the proposed order in Word format has been supplied to Judge Holmes's Courtroom Deputy.

Accordingly, the Parties respectfully request that the Court enter the Stipulation and [Proposed] Protective Order Governing the Exchange and Use of Discovery Material appended hereto.

Dated: October 10, 2022                     Respectfully submitted,

_s/ Steven A. Riley_
Steven A. Riley (BPR #006258)
Milton S. McGee, III (BPR #024150)
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
sriley@rjfirm.com
tmcgee@rjfirm.com

*Attorneys for Defendants*

_s/ Joshua B. Silverman w/permission_
**POMERANTZ LLP**
Joshua B. Silverman (admitted *Pro Hac Vice*)
Louis C. Ludwig (admitted *Pro Hac Vice*)
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 229-8811
jbsilverman@pomlaw.com
lcludwig@pomlawcom

*Co-Lead Counsel*

**BRANSTETTER, STRANCH &
JENNINGS, PLLC**
J. Gerard Stranch, IV (BPR #023045)
Benjamin A. Gastel (BPR #28699)
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gerards@bsjfirm.com
beng@bsjfirm.com

*Liaison Counsel for Plaintiffs*

**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy (admitted *Pro Hac Vice*)
Robert V. Prongay (admitted *Pro Hac Vice*)
Casey E. Sadler (admitted *Pro Hac Vice*)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
lglancy@glancylaw.com
rprongay@glancylaw.com
csadler@glancylaw.com

*Co-Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document was made upon the following Filing Users through the Electronic Filing System:

J. Gerard Stranch, IV
Benjamin A. Gastel
Branstetter, Stranch & Jennings, PLLC
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203

Lionel Z. Glancy
Robert V. Prongay
Lesley F. Portnoy
Charles H. Linehan
Pavithra Rajesh
Melissa C. Wright
Casey E. Sadler
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

J. Alexander Hood
Jeremy Lieberman
Pomerantz, LLP
600 Third Avenue, 20th Floor
New York, NY 10016

Louis C. Ludwig
Joshua B. Silverman
Pomerantz, LLP
10 S. LaSalle Street, Suite 3505
Chicago, IL 60603

This 10th day of October, 2022.

*s/ Steven A. Riley*
Steven A. Riley