IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CALEB PADILLA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:19-cv-00461 ) ) JUDGE RICHARDSON |
| COMMUNITY HEALTH SYSTEMS, INC., ET AL., | ) ) ) |
| Defendants. | ) |

## ORDER

In light of the parties' communication to the Court that they have reached an agreement in principle to settle this case and anticipate filing a motion for approval of settlement (Doc. No. 111), the Court previously ordered that:

1. All deadlines previously set in this Action are hereby vacated.
2. Within sixty (60) days, if the settlement is not fully documented and Plaintiffs have not filed a motion for preliminary approval, the Parties shall file a joint status report.

(Doc. No. 112).

The Court now orders that the Clerk SHALL administratively close this case, to be re-opened upon the earlier of (a) the filing by Plaintiff of the contemplated motion for preliminary approval, and (b) the filing by the parties of the aforementioned putative joint status report.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE