| | |
|---|---|
| CALEB PADILLA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, LARRY CASH, and THOMAS J. AARON,<br><br>Defendants. | Case No.: 3:19-cv-00461<br><br>DISTRICT JUDGE ELI J. RICHARDSON<br><br>MAGISTRATE JUDGE BARBARA D. HOLMES |

**DECLARATION OF JOSHUA B. SILVERMAN IN SUPPORT OF
PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT**

I, Joshua B. Silverman, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner of the law firm of Pomerantz LLP, which, along with Glancy Prongay & Murray LLP, serves as Lead Counsel in the above-captioned securities class action (the "Action"), representing Lead Plaintiffs and proposed class representatives Arun Bhattacharya and Michael Gaviria (collectively, "Plaintiffs"), as well as the Settlement Class. I submit this declaration in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, filed herewith.

2. Along with Co-Lead Counsel, I have been actively involved in the prosecution and resolution the Action, am familiar with its proceedings, and have personal knowledge of the matters set forth herein based upon my active participation in all aspects of the Action.

3.    Attached as <u>Exhibit 1</u> is a true and correct copy of the Stipulation and Agreement of Settlement entered into between Plaintiffs, on behalf of the Settlement Class, and Defendants Community Health Systems, Inc., Wayne T. Smith, Larry Cash, and Thomas J. Aaron, dated May 19, 2023, as well as internal <u>Exhibits</u> <u>A</u>, <u>A-1</u>, <u>A-2</u>, <u>A-3</u>, <u>A-4</u>, and <u>B</u> thereto.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 26th day of May, 2023, in Chicago, IL.

<i>/s/ Joshua B. Silverman</i>

2

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 26th day of May, 2023, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Steven A. Riley (BPR #006258)
Milton S. McGee, III (BPR #024150)
Joshua S. Bolian (BPR #040140)
Riley & Jacobson, Plc
1906 West End Avenue
Nashville, TN 37203

J. Gerard Stranch, IV
Benjamin A. Gastel
Branstetter, Stranch & Jennings, PLLC
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203

J. Alexander Hood
Jeremy Lieberman
Pomerantz, LLP
600 Third Avenue, 20th Floor
New York, NY 10016

Joshua B. Silverman
Louis C. Ludwig
Pomerantz, LLP
10 S. LaSalle Street, Suite 3505
Chicago, IL 60603

Lionel Z. Glancy
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
Melissa C. Wright
Casey E. Sadler
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

*/s/ Louis C. Ludwig*