# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| CALEB PADILLA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, LARRY CASH, and THOMAS J. AARON,<br><br>Defendants. | Case No.: 3:19-cv-00461<br><br>DISTRICT JUDGE ELI J. RICHARDSON<br><br>MAGISTRATE JUDGE BARBARA D. HOLMES |

**DECLARATION OF ADAM D. WALTER REGARDING:**
**(A) MAILING OF POSTCARD NOTICE;**
**(B) PUBLICATION OF SUMMARY NOTICE; AND**
**(C) REPORT ON REQUESTS FOR EXCLUSION RECEIVED TO DATE**

I, Adam D. Walter, declare as follows:

1. I am a Director of A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin.[1] Pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice entered on May 30, 2023 (ECF No. 118, the "Preliminary Approval Order"), A.B. Data was appointed to act as the Claims Administrator in connection with the Settlement of the above-captioned action (the "Action"). I submit this Declaration to provide the Court and the Parties to the Action information regarding the mailing of the Postcard Notice of (I) Pendency of Class Action, Certification of

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement dated May 19, 2023 (ECF No. 117-1, the "Stipulation").

Settlement Class, and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Postcard Notice"), and publication of the Summary Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Hearing; and (II) Motion For an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Summary Notice"), as well as updates concerning other aspects of the settlement administration process. The following statements are based on my personal knowledge and, if called as a witness, I could and would testify competently thereto.

## MAILING OF THE POSTCARD NOTICE

2. Pursuant to the Preliminary Approval Order, A.B. Data mailed the Postcard Notice to potential Settlement Class Members. A copy of the Postcard Notice is attached hereto as Exhibit A.

3. On May 25, 2023, A.B. Data received from Defendants' Counsel a list containing the names and addresses of record holders ("Record Holder List") who purchased or otherwise acquired Community Health Systems, Inc. ("CHSI") publicly traded common stock during the Settlement Class Period.

4. Additionally, as in most securities class actions of this nature, the large majority of potential Settlement Class Members are expected to be beneficial purchasers whose securities are held in "street name" – i.e., the securities are purchased by brokerage firms, banks, institutions, and other third-party nominees in the name of the respective nominees, on behalf of the beneficial purchasers. A.B. Data maintains a proprietary database with the names and addresses of the largest and most common banks, brokers, and other nominees (the "Broker Mailing Database").

2

5. On June 28, 2023, A.B. Data caused Postcard Notice to be sent by First-Class Mail to the combined 4,978 mailing records contained in the Record Holder List and the Broker Mailing Database.

6. The Notice directed those who purchased or otherwise acquired publicly traded CHSI common stock between February 21, 2017 and February 27, 2018, inclusive, for the beneficial interest of persons or organizations other than yourself, you must either: (a) within seven (7) calendar days of receipt of the Postcard Notice, request from the Claims Administrator sufficient copies of the Postcard Notice to forward to all such beneficial owners and within seven (7) calendar days of receipt of those Postcard Notices forward them to all such beneficial owners; (b) request from the Claims Administrator a link to the Notice and Claim Form and, within seven (7) calendar days of receipt of the link, email the link to all such beneficial owners for whom valid email addresses are available; or (c) within seven (7) calendar days of receipt of the Postcard Notice, provide a list of the names and addresses of all such beneficial owners to *Padilla v. Community Health Systems, Inc.*, c/o A.B. Data, Ltd., P.O. Box 173112, Milwaukee, WI 53217.

7. As of August 31, 2023, A.B. Data received an additional 13,995 names and addresses of potential Settlement Class Members from individuals or brokerage firms, banks, institutions, and other nominees. A.B. Data also received requests from brokers and other nominee holders for 12,950 Postcard Notices to be forwarded by the nominees to their customers. All such requests have been, and will continue to be, honored in a timely manner.

8. As of August 31, 2023, a total of 31,923 Postcard Notices have been mailed to potential Settlement Class Members and their nominees. Of these, 2,341 were returned to A.B. Data by the U.S. Postal Service ("USPS") as undeliverable. A.B. Data re-mailed 783 Postcard Notices to persons whose original mailings were returned by the USPS and for whom updated

3

addresses were either provided to A.B. Data by the USPS or ascertained through a third-party information provider.

## PUBLICATION OF THE SUMMARY NOTICE

9. In accordance with paragraph 7(d) of the Preliminary Approval Order, A.B. Data caused the Summary Notice to be published in *Investor's Business Daily* and released via *PR Newswire* on July 10, 2023. Copies of proof of publication of the Summary Notice in *Investor's Business Daily* and over *PR Newswire* are attached hereto as Exhibits B and C, respectively.

## TELEPHONE HELPLINE

10. On June 28, 2023, A.B. Data established a case-specific, toll-free telephone helpline, 877-390-3492, with an interactive voice response system and live operators, to: (a) accommodate potential Settlement Class Members with questions about the Action and the Settlement; and/or (b) request a Notice and Claim Form. The automated attendant answers the calls and presents callers with a series of choices to respond to basic questions. Callers requiring further help have the option to be transferred to a live operator during business hours. A.B. Data continues to maintain the telephone helpline and will update the interactive voice response system as necessary throughout the administration of the Settlement.

## SETTLEMENT WEBSITE

11. In accordance with paragraph 7(c) of the Preliminary Approval Order, A.B. Data designed, implemented, and currently maintains a case-specific website, www.CommunityHealthSecuritiesSettlement.com, dedicated to the Settlement (the "Settlement Website"). The Settlement Website became operational beginning on June 28, 2023, and is accessible 24 hours a day, 7 days a week. Among other things, the Settlement Website includes general information regarding the Settlement, including the exclusion, objection, and claim-filing

deadlines, as well as the date and time of the Court's Settlement Hearing. In addition, A.B. Data posted copies of the Stipulation, Preliminary Approval Order, Notice, Claim Form, and other relevant Court documents related to the Action, which are also available for download.

12. Moreover, the Settlement Website allows potential Settlement Class Members to file claims online, and provides instructions and a claims filing template for institutional investors.

13. The Settlement Website will continue to be updated with relevant case information and Court Documents.

## REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS

14. The Notice informed potential Settlement Class Members that requests for exclusion are to be sent to the Claims Administrator, such that they are received no later than September 22, 2023. The Notice also sets forth the information that must be included in each request for exclusion. As of August 31, 2023, A.B. Data has not received any requests for exclusion. A.B. Data will submit a supplemental declaration after the September 22, 2023, deadline addressing any requests for exclusion received.

15. According to the Notice, Settlement Class Members wishing to object to the Settlement or any of its terms, the proposed Plan of Allocation of the Net Settlement Fund, and/or Lead Counsel's application for an award of Attorneys' Fees and Litigation Expenses, were required to submit their objection in writing to the Court and mail copies to Lead Counsel and Defendants' Counsel such that the papers were received on or before September 22, 2023. Despite these instruction, Settlement Class Members sometimes send objections to the Claims Administrator. As of the date of this Declaration, A.B. Data has not received any objections and is not aware of any objections being filed with the Court.

5

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 31, 2023.

Adam D. Walter

# EXHIBIT A

## COURT-ORDERED LEGAL NOTICE

**Important Notice about a Securities Class Action Settlement.**

**You may be entitled to a CASH payment. This Notice may affect your legal rights. Please read it carefully.**

*Padilla v. Community Health Systems, Inc.*
Case No. 3:19-cv-00461

Padilla v. Community Health Systems, Inc.
c/o A.B. Data, Ltd.
P.O. Box 173112
Milwaukee, WI 53217

There has been a proposed Settlement of claims against Community Health Systems, Inc. ("CHSI") and certain executives and directors of CHSI (collectively, "Defendants"). The Settlement would resolve a lawsuit in which Plaintiffs allege that Defendants disseminated materially false and misleading information to the investing public about CHSI's provision for bad debt and certain financial results, in violation of the federal securities laws. Defendants deny all allegations of fault and wrongdoing. You received this Postcard Notice because you or someone in your family may have purchased or otherwise acquired CHSI common stock between February 21, 2017, and February 27, 2018, inclusive, and allegedly been damaged thereby.

Defendants have agreed to pay a Settlement Amount of $9,500,000. The Settlement provides that the Settlement Fund, after deduction of any Court-approved attorneys' fees and expenses, notice and administration costs, and taxes, is to be divided among all Settlement Class Members who submit a valid Claim Form, in exchange for the settlement of this case and the Releases by Settlement Class Members of claims related to this case. **For all details of the Settlement, read the Stipulation and full Notice, available at <u>www.CommunityHealthSecuritiesSettlement.com</u>.**

Your share of the Settlement proceeds will depend on the number of valid Claims submitted, and the number, size and timing of your transactions in CHSI common stock. If every eligible Settlement Class Member submits a valid Claim Form, the average recovery will be $0.19 per eligible share before expenses and other Court-ordered deductions. Your award will be your *pro rata* share of the Net Settlement Fund as further explained in the detailed Notice found on the Settlement website.

**To qualify for payment, you must submit a Claim Form.** The Claim Form can be found on the website www.CommunityHealthSecuritiesSettlement.com or will be mailed to you upon request to the Claims Administrator (877-390-3492). **Claim Forms must be postmarked or submitted online by October 26, 2023.** If you do not want to be legally bound by the Settlement, you must exclude yourself by September 22, 2023, or you will not be able to sue the Defendants about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you want to object to the Settlement, you may file an objection by September 22, 2023. The detailed Notice explains how to submit a Claim Form, exclude yourself or object.

The Court will hold a hearing in this case on October 13, 2023, to consider whether to approve the Settlement and a request by the lawyers representing the Settlement Class for up to 33⅓% of the Settlement Fund in attorneys' fees, plus actual expenses up to $300,000 for litigating the case and negotiating the Settlement, which may include reimbursement of plaintiffs' costs and expenses related to their representation of the Settlement Class. You may attend the hearing and ask to be heard by the Court, but you do not have to. For more information, call toll-free (877-390-3492) or visit the website www.CommunityHealthSecuritiesSettlement.com and read the detailed Notice.

# EXHIBIT B

*(Mutual fund performance tables — dense financial listings organized alphabetically by fund family, with columns for 36 Mo Performance Rating, Fund, YTD% Chg, 12 Wk% Chg, 5 Yr% After Tax, Net Asset Value, and NAV Chg. Individual values not legibly reproducible at this resolution.)*

---

**CANADIAN TAHOE RESOURCES INC. SECURITIES CLASS ACTION SETTLEMENT**

www.TahoeCanadianSettlement.ca

Did you acquire shares of Tahoe Resources Inc. between May 24, 2017 and July 5, 2017 on a Canadian stock exchange or trading platform, or any exchange or trading platform outside Canada or the United States?

A class action settlement has been reached for US\$13.5 million to resolve all claims asserted on behalf of persons who acquired Tahoe shares between May 24, 2017 and July 5, 2017 on any Canadian exchange (including the Toronto Stock Exchange) or any Canadian alternative trading system, or on any exchange or trading platform outside Canada and the United States ("Canadian Class"). You are presumed to be a Canadian Class Member if you purchased Tahoe shares during this period and your trading records have the ticker symbol "THO" for those purchases.

The settlement is subject to approval by the Ontario Superior Court of Justice. A settlement approval hearing has been set for **September 26, 2023**. At that same hearing, the Court will also consider a motion to approve Class Counsel's fees, which will not exceed 28% of the recovery plus reimbursement for expenses incurred in the litigation.

To be eligible for compensation from the settlement, Canadian Class Members must submit a Claim Form to the Canadian Claims Administrator at **www.TahoeCanadianSettlement.ca by no later than January 3, 2024**. If you do not wish to be bound by the settlement or receive any benefits from it, you must opt out **by no later than September 5, 2023**. If you wish to object to the settlement, you must do so **by no later than September 5, 2023**.

A separate settlement for US\$19.5 million has been reached on behalf of persons who purchased or otherwise acquired Tahoe's common stock in the United States or on the NYSE between April 3, 2013 and August 24, 2017, inclusive ("U.S. Class"). You are presumed to be a U.S. Class Member if you purchased Tahoe common stock during this period and your trading records have the ticker symbol "TAHO" for those purchases. The U.S. settlement is being administered separately. If you are a U.S. Class Member, visit www.USTahoeSettlement.com for more information about that settlement.

For important information regarding the class action, to determine if you are a member of the Canadian Class, to learn how to make a claim for compensation, opt out and object, and to understand your legal rights:

View the long-form notice at
**www.TahoeCanadianSettlement.ca.**

Canadian Tahoe Resources
Settlement Claims Administrator
c/o Epiq Class Action Services Canada Inc.
P.O. Box 507 STN B
Ottawa ON K1P 5P6
Email: info@TahoeCanadianSettlement.ca
Telephone: 1-888-565-3801
Fax: 1-866-___

The publication of this notice was authorized by the Superior Court of Justice of the Province of Ontario.

---

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| CALEB PADILLA, Individually and On Behalf of All Others Similarly Situated, <br> Plaintiff, <br> v. <br> COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, LARRY CASH, and THOMAS J. AARON, <br> Defendants. | Case No.: 3:19-cv-00461 <br><br> DISTRICT JUDGE ELI J. RICHARDSON <br><br> MAGISTRATE JUDGE BARBARA D. HOLMES |

**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION, CERTIFICATION OF SETTLEMENT CLASS, AND PROPOSED SETTLEMENT; (II) SETTLEMENT HEARING; AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

**TO:** All persons and entities who or which, during the period between February 21, 2017, and February 27, 2018, inclusive, purchased or otherwise acquired the publicly traded common stock of Community Health Systems, Inc., and were allegedly damaged thereby (the "Settlement Class"):

PLEASE READ THIS NOTICE CAREFULLY, YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Middle District of Tennessee, that the above-captioned litigation (the "Action") has been certified as a class action on behalf of the Settlement Class, except for certain persons and entities who are excluded from the Settlement Class by definition as set forth in the full Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice").

YOU ARE ALSO NOTIFIED that Lead Plaintiffs in the Action have reached a proposed settlement of the Action for \$9,500,000 in cash (the "Settlement"), which, if approved, will resolve all claims in the Action.

A hearing will be held on October 13, 2023, at 1:00 p.m., before the Honorable Eli J. Richardson at the United States District Court for the Middle District of Tennessee, Fred D. Thompson U.S. Courthouse, Courtroom 5C, 719 Church Street, Nashville, TN 37203, to determine (i) whether the proposed Settlement should be approved as fair, reasonable, and adequate; (ii) whether the Action should be dismissed with prejudice against Defendants, and the Releases specified and described in the Stipulation (and in the Notice) should be granted; (iii) whether the proposed Plan of Allocation should be approved as fair and reasonable; and (iv) whether Lead Counsel's application for an award of attorneys' fees and reimbursement of Litigation Expenses should be approved.

If you are a member of the Settlement Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund. The Notice and Proof of Claim and Release Form ("Claim Form") can be downloaded from the website maintained by the Claims Administrator, www.CommunityHealthSecuritiesSettlement.com. You may also obtain copies of the Notice and Claim Form by contacting the Claims Administrator at Padilla v. Community Health Systems, Inc., c/o A.B. Data, Ltd., P.O. Box 173112, Milwaukee, WI 53217, (877) 390-3492.

If you are a member of the Settlement Class, in order to be eligible to receive a payment under the proposed Settlement, you must submit a Claim Form postmarked no later than October 26, 2023. If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement, but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is received no later than September 22, 2023, in accordance with the instructions set forth in the Notice. If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to share in the proceeds of the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for attorneys' fees and reimbursement of expenses, must be filed with the Court and delivered to Lead Counsel and Defendants' Counsel such that they are received no later than September 22, 2023, in accordance with the instructions set forth in the Notice.

Please do not contact the Court, the Clerk's office, Community Health Systems, Inc., or its counsel regarding this notice. All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to Lead Counsel or the Claims Administrator.

Inquiries, other than requests for the Notice and Claim Form, should be made to Lead Counsel:

GLANCY PRONGAY & MURRAY LLP
Casey E. Sadler, Esq.
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
(888) 773-9224
settlements@glancylaw.com

-or-

POMERANTZ LLP
Joshua B. Silverman, Esq.
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
(312) 377-1181
jbsilverman@pomlaw.com

Requests for the Notice and Claim Form should be made to:

Padilla v. Community Health Systems, Inc.
c/o A.B. Data, Ltd.
P.O. Box 173112
Milwaukee, WI 53217
www.CommunityHealthSecuritiesSettlement.com
info@CommunityHealthSecuritiesSettlement.com

Dated: July 10, 2023

By Order of the Court
United States District Court
Middle District of Tennessee

All capitalized terms used in this Summary Notice that are not otherwise defined herein have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated May 19, 2023 (the "Stipulation"), which is available at www.CommunityHealthSecuritiesSettlement.com.

©2023 Investor's Business Daily, LLC. All rights reserved.

# EXHIBIT C

# Pomerantz LLP and Glancy Prongay & Murray LLP Announce Pendency of Class Action and Proposed Settlement To All Persons and Entities who Purchased or Otherwise Acquired Community Health Common Stock during the Period Between February 21, 2017, and February 27, 2018, Inclusive, and Were Allegedly Damaged Thereby

NEWS PROVIDED BY
**Pomerantz LLP and Glancy Prongay & Murray LLP →**
10 Jul, 2023, 12:47 ET

LOS ANGELES, July 10, 2023 /PRNewswire/ --

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE MIDDLE DISTRICT OF TENNESSEE**

**NASHVILLE DIVISION**

| | |
|---|---|
| CALEB PADILLA, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, LARRY CASH, and THOMAS J. AARON,<br><br>    Defendants. | Case No.: 3:19-cv-00461<br><br>DISTRICT JUDGE ELI J. RICHARDSON<br><br>MAGISTRATE JUDGE BARBARA D. HOLMES |

## SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION, CERTIFICATION OF SETTLEMENT CLASS, AND PROPOSED SETTLEMENT; (II) SETTLEMENT HEARING; AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

**TO: All persons and entities who or which, during the period between February 21, 2017, and February 27, 2018, inclusive, purchased or otherwise acquired the publicly traded common stock of Community Health Systems, Inc., and were allegedly damaged thereby (the "Settlement Class"):[1]**

**PLEASE READ THIS NOTICE CAREFULLY, YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Middle District of Tennessee, that the above-captioned litigation (the "Action") has been certified as a class action on behalf of the Settlement Class, except for certain persons and entities who are excluded from the Settlement Class by definition as set forth in the full Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice").

YOU ARE ALSO NOTIFIED that Lead Plaintiffs in the Action have reached a proposed settlement of the Action for $9,500,000 in cash (the "Settlement"), which, if approved, will resolve all claims in the Action.

A hearing will be held on October 13, 2023, at 1:00 p.m., before the Honorable Eli J. Richardson at the United States District Court for the Middle District of Tennessee, Fred D. Thompson U.S. Courthouse, Courtroom 5C, 719 Church Street, Nashville, TN 37203, to determine (i) whether the proposed Settlement should be approved as fair, reasonable, and adequate; (ii) whether the Action should be dismissed with prejudice against Defendants, and the Releases specified and described in the Stipulation (and in the Notice) should be granted; (iii) whether the proposed Plan of Allocation should be approved as fair and reasonable; and (iv) whether Lead Counsel's application for an award of attorneys' fees and reimbursement of Litigation Expenses should be approved.

**If you are a member of the Settlement Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund**. The Notice and Proof of Claim and Release Form ("Claim Form") can be downloaded from the website maintained by the Claims Administrator, www.CommunityHealthSecuritiesSettlement.com. You may also obtain copies of the Notice and Claim Form by contacting the Claims Administrator at *Padilla v. Community Health Systems, Inc.*, c/o A.B. Data, Ltd., P.O. Box 173112, Milwaukee, WI 53217, (877) 390-3492.

If you are a member of the Settlement Class, in order to be eligible to receive a payment under the proposed Settlement, you must submit a Claim Form *postmarked* no later than October 26, 2023. If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement, but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is *received* no later than September 22, 2023, in accordance with the instructions set forth in the Notice. If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to share in the proceeds of the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for attorneys' fees and reimbursement of expenses, must be filed with the Court and delivered to Lead Counsel and Defendants' Counsel such that they are *received* no later than September 22, 2023, in accordance with the instructions set forth in the Notice.

**Please do not contact the Court, the Clerk's office, Community Health Systems, Inc., or its counsel regarding this notice. All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to Lead Counsel or the Claims Administrator.**

Inquiries, other than requests for the Notice and Claim Form, should be made to Lead Counsel:

GLANCY PRONGAY & MURRAY LLP

Casey E. Sadler, Esq.

1925 Century Park East, Suite 2100

Los Angeles, CA 90067

(888) 773-9224

settlements@glancylaw.com

-or-

POMERANTZ LLP

Joshua B. Silverman, Esq.

10 South LaSalle Street, Suite 3505

Chicago, IL 60603

(312) 377-1181

jbsilverman@pomlaw.com

Requests for the Notice and Claim Form should be made to:

*Padilla v. Community Health Systems, Inc.*

c/o A.B. Data, Ltd.

P.O. Box 173112

Milwaukee, WI 53217

(877) 390-3492

www.CommunityHealthSecuritiesSettlement.com

info@CommunityHealthSecuritiesSettlement.com

Dated: July 10, 2023     By Order of the Court

United States District Court

Middle District of Tennessee

[1] All capitalized terms used in this Summary Notice that are not otherwise defined herein have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated May 19, 2023 (the "Stipulation"), which is available at www.CommunityHealthSecuritiesSettlement.com.

SOURCE Pomerantz LLP and Glancy Prongay & Murray LLP



# PRN Top Stories Newsletters

Sign up to get PRN's top stories and curated news delivered to your inbox weekly!

Enter Your Email

Select Country

**Submit**

By signing up you agree to receive content from us.
Our newsletters contain tracking pixels to help us deliver unique content based on each subscriber's engagement and interests. For more information on how we will use your data to ensure we send you relevant content please visit our PRN Consumer Newsletter Privacy Notice. You can withdraw your consent at any time in the footer of every email you'll receive.