# EXHIBIT 7

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CALEB PADILLA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, LARRY CASH, and THOMAS J. AARON,<br><br>Defendants. | Case No.: 3:19-cv-00461<br><br>DISTRICT JUDGE ELI J. RICHARDSON<br><br>MAGISTRATE JUDGE BARBARA D. HOLMES |

**DECLARATION OF J. GERARD STRANCH, IV, ESQ. IN SUPPORT OF LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES FILED ON BEHALF OF STRANCH, JENNINGS & GARVEY, PLLC**

4888-2906-7638, v. 1

I, J. Gerard Stranch, IV, declare as follows:

1.      I am the managing partner at Stranch, Jennings & Garvey, PLLC ("Stranch Jennings") (f/n/a Branstetter, Stranch & Jennings, PLLC), the Court-appointed Liaison Counsel in the above-captioned action (the "Action").[1]  *See* ECF No. 52.  I submit this declaration in support of Lead Counsel's application for an award of attorneys' fees in connection with services rendered in the Action, as well as for reimbursement of litigation expenses incurred in connection with the Action.  I have personal knowledge of the facts set forth herein based on my active supervision of, and participation in, the prosecution and settlement of the claims asserted in the Action and, if called upon, could and would testify thereto.

2.      As Liaison Counsel for plaintiffs in this Action, Stranch Jennings, among other things: (a) reviewed, finalized and filed the complaint and served process, (b) filed motions and other pleadings; (c) attended court hearings; and (d) assisted with and attended mediation.

3.      The schedule attached hereto as Exhibit A is a detailed summary indicating the amount of time spent by attorneys and professional support staff employees of my firm who, from inception of the Action through and including August 18, 2023, worked on this case, and the lodestar calculation for those individuals based on my firm's current billing rates.  For personnel who are no longer employed by my firm, the lodestar calculation is based upon the billing rates for such personnel in his or her final year of employment by my firm.  The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by my firm.

4.      I am the partner who oversaw or conducted the day-to-day activities in the Action and I reviewed these daily time records in connection with the preparation of this declaration. The

---

[1] Unless otherwise defined, all capitalized terms herein have the same meanings as set forth in the Stipulation and Agreement of Settlement dated May 19, 2023.  ECF No. 117-1.

1

purpose of this review was to confirm both the accuracy of the records as well as the necessity for, and reasonableness of, the time committed to the litigation. As a result of this review, I made reductions to certain of my firm's time entries such that the time included in Exhibit A reflect that exercise of billing judgment. Based on this review and the adjustments made, I believe that the time of Stranch Jennings & Garvey attorneys and staff reflected in Exhibit A was reasonable and necessary for the effective and efficient prosecution and resolution of the Action. No time expended on the application for fees and reimbursement of expenses has been included.

5. The hourly rates for the attorneys and professional support staff in my firm included in Exhibit A are consistent with the rates approved by courts in other securities or shareholder litigation when conducting a lodestar cross-check.

6. The total number of hours reflected in Exhibit A is 50.8 hours. The total lodestar reflected in Exhibit A is $46,549.60, consisting of $40,700.60 for attorneys' time and $5,849.00 for professional support staff time.

7. My firm's lodestar figures are based upon the firm's billing rates, which rates do not include charges for expense items. Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

8. As detailed in Exhibit B, my firm is seeking reimbursement of a total of $1,550.00 in expenses incurred in connection with the prosecution of this Action.

9. The litigation expenses incurred in the Action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records, and other source materials and are an accurate record of the expenses incurred. The expenses reflected in Exhibit B are the expenses actually incurred by my firm.

2

10.     Attached hereto as Exhibit C is a brief biography of Stranch Jennings, including the attorneys who were involved in the Action.

I declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.  Executed on September 5, 2023 in Nashville, Tennessee.

_____
J. GERARD STRANCH, IV

3

**EXHIBIT A**

*Caleb Padilla v. Community Health Systems, Inc. et al.,*
**Case No. 3:19-cv-00461**

**Stranch, Jennings & Garvey, PLLC**

**LODESTAR REPORT**
**FROM INCEPTION THROUGH AUGUST 18, 2023**

| TIMEKEEPER/CASE | STATUS | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| **ATTORNEYS:** | | | | |
| Stranch, Gerard J. | Partner | 17.2 | 1,308.00 | 22,497.60 |
| Gastel, Benjamin | Partner | 16.7 | 1,090.00 | 18,203.00 |
| **TOTAL ATTORNEY** | | | | **40,700.60** |
| **PROFESSIONAL STAFF:** | | | | |
| Steele, Jennifer | Senior Paralegal | 3.8 | 343.35 | 1,304.73 |
| Young, Mariah | Senior Paralegal | 6.4 | 343.35 | 2,197.50 |
| Vandewalker, Nicole | Senior Paralegal | 6.2 | 343.35 | 2,128.77 |
| Martin, Nathan | Law Clerk | .50 | 436.00 | 218.00 |
| **TOTAL PROFESSIONAL STAFF** | | | | **5,849.00** |
| **TOTAL LODESTAR** | | **50.80** | | **46,549.60** |

4

**EXHIBIT B**

*Caleb Padilla v. Community Health Systems, Inc. et al.,*
**Case No. 3:19-cv-00461**

**Stranch, Jennings & Garvey, PLLC**

**EXPENSE REPORT**

**FROM INCEPTION THROUGH AUGUST 18, 2023**

| ITEM | AMOUNT |
|---|---|
| COURT FILING FEES | 1,550.00 |
| **GRAND TOTAL** | **1,550.00** |

5

# EXHIBIT C

## Stranch, Jennings & Garvey, PLLC

## FIRM RESUME



# STRANCH, JENNINGS & GARVEY
PLLC

**The award-winning attorneys of Stranch, Jennings & Garvey, PLLC (SJ&G), have recovered more than $50 billion for clients, from high-profile cases to single plaintiffs who have suffered harm or unfair treatment.**

SJ&G's roots go back to 1952 when Cecil Branstetter founded Branstetter, Stranch & Jennings, PLLC (BS&J), his own law firm in Nashville. For more than seven decades, our attorneys have advocated for society's under-represented voices, consumer rights, labor unions and victims of discrimination, a legacy that continues today as we work to ensure access to justice for our clients.

SJ&G's roots go back to 1952, when Cecil Branstetter founded his own Nashville firm after earning his law degree from Vanderbilt Law School in 1949. The firm grew and became known as Branstetter, Stranch & Jennings, PLLC (BS&J).

## PRACTICE AREAS

- Bank Fees
- Class Action
- Data Breaches
- ERISA Trust Funds
- Labor Unions
- Mass Tort
- Product Liability
- Personal Injury
- Trucking Accidents
- Wage and Hour Disputes
- Worker Adjustment and Retraining Notification

## REPRESENTATIVE CASES

**SJ&G attorneys have represented plaintiffs in a substantial number of complex cases both in state and federal courts throughout the nation:**

- as lead trial attorney in the Sullivan Baby Doe case (originally filed as Staubus v. Purdue) against U.S. opioid producers Endo Health Solutions Inc. and Endo Pharmaceuticals Inc., resulting in a $35 million settlement agreement, the largest per capita settlement achieved by any prosecution with Endo to date;

- personally appointed to the steering committee of the In re: Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation, resulting in approximately $17 billion in settlements, the largest consumer auto settlement and one of the largest settlements in any matter ever;

- the executive committee In Dahl v. Bain Capital Partners (anti-trust), resulting in a $590.5 million settlement;

- appointed mediator by the circuit court in the case of the City of St. Louis v. National Football League and the Los Angeles Rams, having successfully negotiated a $790 million settlement for the plaintiffs;

- lead plaintiff in Sherwood v. Microsoft, which set the standard for indirect antitrust actions in Tennessee and ultimately resolved for a value of $64 million;

- litigated Qwest Savings and Investment Plan ERISA litigation, resulting in a $57.5 million total payout to class members;

- plaintiff's co-counsel in the Paxil litigation of Orrick v. GlaxoSmithKline;

- represented a class of consumers who purchased baby clothing tainted with unlawful levels of chemical skin irritants, resulting in a multi-million-dollar settlement. Montanez v. Gerber Childrenswear, LLC (M.D. Cal.); and

- represented multiple Taft-Hartley Trust Funds as amici in a case setting Ninth Circuit precedent on liability of owners as ERISA fiduciaries for unpaid fringe benefit contributions.

### Nashville

The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Phone: 615.254.8801

### St. Louis

Peabody Plaza
701 Market Street, Suite 1510
St. Louis, MO 63101
Phone: 314.390.6750

### Las Vegas

3100 W. Charleston Boulevard
Suite 208
Las Vegas, NV 89102
Phone: 725.235.9750

stranchlaw.com



# J. Gerard Stranch IV

FOUNDING MEMBER

**Gerard Stranch is the managing partner at Stranch, Jennings & Garvey, PLLC (SJ&G). A third-generation trial lawyer, he leads the firm's class action and mass tort practice groups. His additional areas of practice include bank fees, data breaches, wage and hour disputes, worker adjustment and retraining notification, personal injury and trucking incidents.**

Mr. Stranch has served as lead or co-lead counsel for the firm in numerous cases, including:

- lead trial attorney in the Sullivan Baby Doe case (originally filed as Staubus v. Purdue) against U.S. opioid producers Endo Health Solutions Inc. and Endo Pharmaceuticals Inc., resulting in a $35 million settlement agreement, the largest per capita settlement achieved by any prosecution with Endo to date;

- personally appointed to the steering committee of the In re: Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation, resulting in approximately $17 billion in settlements, the largest consumer auto settlement and one of the largest settlements in any matter ever;

- the executive committee In Dahl v. Bain Capital Partners (anti-trust), resulting in a $590.5 million settlement;

- personally appointed to the steering committee In re: New England Compounding Pharmacy, Inc., resulting in more than $230 million in settlements; and

- appointed as co-lead counsel In re: Alpha Corp. Securities litigation, resulting in a $161 million recovery for the class.

A 2000 graduate of Emory University, Mr. Stranch received his J.D. in 2003 from Vanderbilt University Law School, where he teaches as an adjunct professor about the practice of civil litigation. He led the opioid litigation team in the Sullivan Baby Doe suit, for which the team won the 2022 Tennessee Trial Lawyer of the Year award. Mr. Stranch has been listed as one of the Top 40 Under 40 by the National Trial Lawyers Association and as a Mid-South Rising Star by Super Lawyers magazine.

**PHONE**
615.254.8801

**EMAIL**
gstranch@stranchlaw.com

**LOCATION**
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS

- Class Action
- Mass Tort
- Bank Fees
- Data Breaches
- Wage and Hour Disputes
- Worker Adjustment and Retraining Notification
- Personal Injury
- Trucking Incidents

## EDUCATION

- Vanderbilt University Law School (J.D., 2003)
- Emory University (B.A., 2000)

## BAR ADMISSIONS

- Tennessee
- U.S. District Court Western District of Tennessee
- U.S. District Court Middle District of Tennessee
- U.S. District Court Eastern District of Tennessee
- U.S. 6th Circuit Court of Appeals
- U.S. 8th Circuit Court of Appeals
- U.S. 9th Circuit Court of Appeals
- U.S. District Court District of Colorado

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*
- Super Lawyers Mid-South Rising Star
- Top 40 Under 40, National Trial Lawyers Association

*Memberships*
- Public Justice
- Nashville Bar Association
- Tennessee Bar Association
- American Association for Justice
- Tennessee Association for Justice
- Lawyer's Coordinating Committee of the AFL-CIO
- General Counsel Tennessee AFL-CIO and Federal Appointment, Coordinator
- General Counsel Tennessee Democratic Party
- National Trial Lawyer
- Board of Directors, Cumberland River Compact
- Class Action Trial Lawyers Association, Board Member
- Board of Governor's Tennessee Association for Justice

## PRESENTATIONS

- Mr. Stranch regularly speaks at conferences on issues ranging from in-depth reviews of specific cases to developments in the law, including in mass torts, class actions and voting rights.

- Mr. Stranch is one of the founding members of the Cambridge Forum on Plaintiff's Mass Tort Litigation and regularly presents at the forum.

## LANGUAGES

- English
- German



SJG
STRANCH,
JENNINGS
& GARVEY
PLLC



# James G. Stranch III

## FOUNDING MEMBER

**Jim Stranch is the senior partner in the complex litigation group, which he helped start on behalf of the firm. He has served as lead counsel in virtually every large complex and other class action in which the firm has served as lead plaintiff.**

Mr. Stranch and his wife, Judge Jane Branstetter Stranch of the U.S. 6th Circuit Court of Appeals, were early pioneers of 401(k) ERISA litigation and jointly litigated numerous groundbreaking cases.

One of Mr. Stranch's first hard-earned victories came in 1979 when, along with firm founder Cecil Branstetter, he won a jury verdict in a case against Frosty Morn Meats in Montgomery County. The bankrupt company was found by a jury to have been grossly negligent in its mishandling of more than 500 employees' Christmas monies. The jury returned a nearly $473,000 judgment against the company's board of directors, and the case helped solidify the firm's reputation in Tennessee as one that fights for workers' interests.

In addition to having founded the firm's class action practice, Mr. Stranch also focuses on Labor and Employment Law, and brings more than four decades of experience in representing labor organizations and individual workers throughout Tennessee and the South. Mr. Stranch also has extensive expertise in matters arising under the National Labor Relations Act, ERISA, Title VII, and wage and hours laws such as the FLSA.

Mr. Stranch has spent his career contributing to its legacy of supporting labor unions, shareholders, small businesses and others. Mentored by the late Cecil Branstetter, Mr. Stranch also strives to mentor the firm's younger attorneys.

## PHONE
615.254.8801

## EMAIL
jstranch@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS

- Class Action and Complex Litigation
- Labor and Employment Law
- Personal Injury
- Consumer Protection
- ERISA Trust Funds

## EDUCATION

- University of Tennessee College of Law (J.D., 1973)
- University of Tennessee (B.S., 1969)

## EXPERIENCE

- Tennessee consumer protection and antitrust action against Microsoft, which led to a $64 million recovery to the consumer class, including a $30 million cy pres to Tennessee schools
- Qwest Savings and Investment Plan ERISA litigation, which resulted in a $57.5 million total payout to class members
- Nortel Networks Corp. ERISA litigation, which was resolved with a $21.5 million settlement
- Securities litigation on behalf of the State of Tennessee Consolidated Retirement System against Worldcom, which led to a $7 million recovery
- Shareholder derivative action involving Dollar General Corporation, which resulted in a $31.5 million recovery
- ERISA/401(k) litigations on behalf of employees and pensioners of Qwest Communications, Inc. ($57.5 million total value recovery), Xcel Energy Inc. ($8.6 million recovery), Providian Financial, Inc. ($8.6 million) and Nortel, Inc. ($21.5 million recovery)

## BAR ADMISSIONS

- Tennessee
- U.S. District Court Middle District of Tennessee
- U.S. District Court Eastern District of Tennessee
- U.S. District Court Western District of Tennessee
- U.S. District Court, Colorado
- U.S. Tax Court
- U.S. Supreme Court
- U.S. 6th Circuit Court of Appeals
- U.S. 8th Circuit Court of Appeals
- U.S. 9th Circuit Court of Appeals

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*

- AV-Rated by Martindale Hubbell
- Best Lawyers in America – Labor and Employment Law
- Mid-South Super Lawyers Edition (2014)
- Super Lawyers (2007 – 2020)

*Memberships*

- Tennessee State Ethics Commission, Member and Former Chairman
- Tennessee Appellate Court Nominating Committee (Secretary, 1985 – 1991)
- AFL-CIO Lawyer's Coordinating Advisory Committee (1980 – present)
- Nashville Bar Association (1973 – present)
- Tennessee Bar Association (Chairman, Labor Law Section, 1991 – 1992; Member, 1973 – present)

- American Bar Association (1973 – present)
- American Association for Justice (1974 – present)
- Tennessee Association for Justice (1974 – present)
- Phi Delta Phi

## COMMUNITY INVOLVEMENT

- Chairman, Tennessee Bureau of Ethics
- Fellow, Nashville Bar Foundation
- Former Secretary, Tennessee Appellate Court Nominating Committee
- Former Member of the AFL-CIO Lawyers Coordinating Advisory Committee
- Former Chairman, Tennessee Bar Association's Labor Law Section



SJG
STRANCH, JENNINGS & GARVEY
PLLC



# R. Jan Jennings

## FOUNDING MEMBER

**In the initial years of his career, Jan Jennings represented labor organizations devoted to protecting the rights of employees. During the past 20 years, he has concentrated on providing services to health and pension funds that provide benefits to construction workers. He has also provided personal representation to political and labor leaders throughout the South.**

After obtaining an M.B.A. degree, Mr. Jennings worked in a series of managerial positions at General Electric Company, where he was responsible for union and employee relations. Upon graduation from law school, he practiced in Atlanta, Georgia, for a number of years before relocating his practice to Nashville. He joined the firm in 1977.

A native of Johnson City, Tennessee, Mr. Jennings earned his J.D. from the University of Tennessee College of Law, where he served as editor of the Tennessee Law Review. He received his B.S. and M.B.A. degrees from East Tennessee State University.

**PHONE**
615.254.8801

**EMAIL**
jjennings@stranchlaw.com

**LOCATION**
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS

- ERISA Trust Funds
- Labor Unions

## EDUCATION

- University of Tennessee College of Law (J.D., 1974)
  - Editor, *Tennessee Law Review*
- East Tennessee State University, (M.B.A., 1966)
- East Tennessee State University (B.S., 1964)

## EXPERIENCE

Mr. Jennings provides ongoing representation to health and pension funds in connection with litigation concerning:

- Collection of employer delinquencies
- Denial of benefits
- Claims for subrogation/reimbursement to health funds from participants
- Breach of fiduciary duty claims
- Claims against service providers due to errors or omissions, prohibited transactions and breach of fiduciary liability
- Claims against hospitals, drug companies and other providers for excessive claims or costs
- Withdrawal liability
- Federal and state securities violations
- Consumer fraud

This representation of multiemployer funds involves the wide range of subjects encompassed by ERISA, Taft-Hartley, the IRC, HIPAA and PPACA.

## BAR ADMISSIONS

- Tennessee
- U.S. District Court Eastern District of Tennessee
- Georgia
- U.S. 5th Circuit Court of Appeals
- U.S. 6th Circuit Court of Appeals
- U.S. 11th Circuit Court of Appeals
- U.S. Court of Appeals Federal Circuit
- U.S. Supreme Court
- U.S. District Court Middle District of Tennessee
- U.S. District Court Western District of Tennessee

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*
- Best Lawyers in America – Labor and Employment Law (2004 – present)
- AV-Rated by Martindale Hubbell (1975 – present)

*Memberships*
- Tennessee Bar Association
- State Bar of Georgia

## COMMUNITY INVOLVEMENT

- Cecil D. Branstetter Scholarship Fund
- Laborers' Care Foundation





# John Garvey

## FOUNDING MEMBER

**Judge (ret.) Jack Garvey has been practicing law for 35 years in St. Louis. He began his career in private practice, then moved to the city's prosecuting attorney office, where he tried 23 cases to verdict. He was then elected to the St. Louis Board of Aldermen, where he served for four years while also practicing as a trial attorney before joining a trial law firm. While in private practice, he tried 25 cases to verdict.**

In 1998, Judge Garvey was appointed to the associate circuit court bench, where he served five years until he was elevated to a circuit court position and served for an additional 13 years. During his time on the bench, he presided over 200 jury trials, and served as the chief criminal judge, presiding juvenile court judge and assistant presiding judge, as well as the chief judge of the 22nd Judicial Circuit mass tort docket.

Following his return to private practice in 2015, Judge Garvey has been involved as plaintiff's co-counsel in the Paxil litigation of Orrick v. GlaxoSmithKline, St. Louis City Circuit #1322-CC00079; co-lead counsel in the opioids litigation of Jefferson County v. Williams, #20JE-CC00029; and local counsel in Roundup cases.

In addition to his litigation work, he has been appointed several times as a special master on discovery matters by St. Louis city and county courts. In addition, Judge Garvey was appointed mediator by the circuit court in the case of the City of St. Louis v. National Football League and the Los Angeles Rams, having successfully negotiated a $790 million settlement for the plaintiffs in 2022.

Judge Garvey obtained his B.A. in urban affairs in 1983 from St. Louis University, and earned his J.D. in 1986 from Rutgers University School of Law. He is an adjunct professor of law at Washington University School of Law and St. Louis University School of Law.

Jack resides in South St. Louis with his wife, Kathy, a retired registered nurse. They have four children who also live in St. Louis. Jack enjoys running, reading and grilling.

**PHONE**
314.374.6306

**EMAIL**
jgarvey@stranchlaw.com

**LOCATION**
Peabody Plaza
701 Market Street
Suite 1510
St. Louis, MO 63101

## PRACTICE AREAS

- Class Action
- Mass Tort
- Personal Injury
- Product Liability

## EDUCATION

- Rutgers University School of Law (J.D., 1986)
- St. Louis University (B.A., 1983)

## BAR ADMISSIONS

- Missouri
- U.S. District Court Eastern District of Missouri
- U.S. District Court Western District of Missouri
- U.S. District Court Southern District of Illinois

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*
- Adjunct Faculty Member of the Year, St. Louis University Law School (2006)
- Person of the Year, Missouri Coalition Against Domestic Violence (2000)
- Pro Bono Legal Professional of the Year, St. Louis University Civil Justice Clinic (2007)
- Honored at the 2023 Missouri Lawyers Association for his role In re: National Prescription Opiate Litigation settlement, which won first place in the Top Settlements category

*Memberships*
- Bar Association of Metropolitan St. Louis

## COMMUNITY INVOLVEMENT

- Adjunct Professor of Law, Washington University Law School – Evidence and Trial Advocacy (2001– 2015)
- Adjunct Professor of Law, St. Louis University – Trial Advocacy (2005 – 2015)
- President of the board of directors, St. Louis Public Library (2004 – 2008)
- Alderman, 14th Ward of the City of St. Louis (1991 – 1995)

## PRESENTATIONS

- "Trends in Mass Torts," HarrisMartin MDL Conference: The Current Mass Tort Landscape (March 2022)
- "Opioid Case Against the Pharmacies," HarrisMartin MDL Conference: Critical Developments in Mass Torts, MDLs, and Game-Changing Jurisprudence (May 2019)



STRANCH, JENNINGS & GARVEY PLLC



# Nathan R. Ring

## PARTNER

**Nate Ring oversees the firm's Las Vegas office. He concentrates his practice in the areas of labor, employment, ERISA and election law. He has represented working people and their unions across Nevada, Oregon and Washington.**

Mr. Ring serves as counsel to the Nevada State AFL-CIO, Southern Nevada Building Trades Unions, the Building and Construction Trades Council of Northern Nevada, and numerous local unions. He has also served as counsel for numerous union-affiliated political action committees. He represents clients in federal and state trial and appellate courts, before administrative agencies, in arbitrations and mediations, and in the negotiation of collective bargaining agreements.

Mr. Ring earned his B.A. in public affairs in 2007 from Wayne State University in Detroit, Michigan. During his undergraduate studies, he managed and worked on Democratic political campaigns and interned for United States Senator Debbie Stabenow. He graduated cum laude in 2010 from the University of Nevada, Las Vegas, William S. Boyd School of Law. During law school, he served as an elected officer of the Student Bar Association and as a law clerk for the UAW legal department. He was awarded the Dean's Graduation Award for Outstanding Achievement and Contribution to the Law School.

Following law school, Mr. Ring clerked for a Nevada District Court Judge, then began his practice of law in the representation of labor unions and employee benefit trust funds. In 2015, he received the Go-to Guy Award from the Nevada State AFL-CIO for advice and counsel provided to the state federation and its affiliates during the legislative session. He is a member of the AFL-CIO Union Lawyers Alliance, and was recognized as a Super Lawyers Rising Star in Labor and Employment Law from 2014 - 2020.

A native of Michigan, Mr. Ring resides in Las Vegas with his wife, Nevada State Senate Majority Leader Nicole Cannizzaro, and their infant son, Case. When not practicing law, Nate enjoys spending time with his family, watching sports and playing an occasional round of golf.

## PHONE
725.235.9750

## EMAIL
nring@stranchlaw.com

## LOCATION
3100 W. Charleston Boulevard
Suite 208
Las Vegas, NV 89102

## PRACTICE AREAS

- Labor
- Employment
- ERISA Trust Funds
- Election Law

## EDUCATION

- University of Nevada, Las Vegas, William S. Boyd School of Law (J.D., *cum laude*, 2010)
  - Competitor, Conrad Duberstein Bankruptcy Moot Court Competition
  - Secretary, Student Bar Association
- Wayne State University (B.A., Public Affairs, 2007)

## EXPERIENCE

- Lehman v. Nelson, 943 F.3d 891 (9th Cir. 2019): Represented a Taft-Hartley Pension Plan and argued before the Ninth Circuit in a matter of first impression under the Pension Protection Act of 2006.

- Glazing Health & Welfare Fund v. Lamek, 896 F.3d 908 (9th Cir. 2018): Represented multiple Taft-Hartley Trust Funds as amici in a case setting Ninth Circuit precedent on liability of owners as ERISA fiduciaries for unpaid fringe benefit contributions.

- Lehman v. Nelson, 862 F.3d 1203 (9th Cir. 2017): Represented a Taft-Hartley Pension Plan in a successful Ninth Circuit appeal of a district court decision concerning contribution reciprocity under the Pension Protection Act of 2006.

- International Brotherhood of Teamsters, Airline Division v. Allegiant Air, LLC, 788 F.3d 1080 (9th Cir. 2015): Represented an international labor union and argued before the Ninth Circuit in an appeal raising an issue of first impression concerning bargaining under the Railway Labor Act.

- W.G. Clark Construction Co. v. Pacific NW Regional Council of Carpenters, 322 P.3d 1207 (Wash. 2014): Represented a Taft-Hartley Trust Fund as amici in a case that overturned prior Washington Supreme Court precedent, which held that ERISA Trust Funds could not recover contributions through state-required contractor bonds.

- Operating Engineers Pension Trust v. Thornton Concrete Pumping, 806 F.Supp.2d 1135 (D. Nev. 2011): Successfully represented Taft-Hartley Trust Funds in obtaining a district court judgment against a general contractor for its subcontractor's unpaid fringe benefit contributions under Nevada Revised Statutes 608.150.

## BAR ADMISSIONS

- Nevada
- Washington
- Oregon
- U.S. 9th Circuit Court of Appeals
- U.S. District Court – District of Nevada
- U.S. District Court Western District of Washington
- U.S. District Court Eastern District of Washington
- U.S. District Court – District of Oregon

## PROFESSIONAL HONORS & ACTIVITIES

*Awards*
- Labor Partner of the Year Award from the Southern Nevada Building Trades Unions (2022)
- Super Lawyers Rising Star, Employment and Labor Law (2014 – 2020)
- Go-to Guy Award, Nevada State AFL-CIO (awarded by the executive secretary-treasurer for representation of the labor movement during the 2015 Nevada Legislative Session)
- Young Lawyers Division Fellow, ABA Labor & Employment Law Section (2012)
- Dean's Graduation Award for Outstanding Achievement and Contribution to the Law School, William S. Boyd School of Law, UNLV (2010)

*Memberships*
- State Bar of Nevada
- Washington State Bar Association
- Oregon State Bar
- International Foundation of Employee Benefit Plans
- AFL-CIO Union Lawyers Alliance

## PRESENTATIONS

- "Strategize for Conscious Capital for Turbulent Times," Made in America Taft-Hartley Benefits Summit (2021)
- "LMRDA: An Overview," Southern Nevada Building Trade Unions Conference (2021)
- "Update on the Substance Abuse Epidemic and Controlling Behavioral Health Costs," Made in America Taft-Hartley Benefits Summit (2019)
- "Election Campaigns: Legal Overview," Nevada State AFL-CIO COPE Conference (2019)



STRANCH, JENNINGS & GARVEY PLLC



# Marty Schubert

PARTNER

**Marty Schubert focuses his practice on the firm's class action litigation, and currently represents numerous consumers who were charged improper overdraft fees by their banks or credit unions. He also assists with matters relating to voting rights and ballot access, and previously served as the voter protection director for the Tennessee Democratic Party.**

Before joining Stranch, Jennings & Garvey, Mr. Schubert was a U.S. associate with Linklaters LLP in London, England, and an associate with Waller Lansden Dortch & Davis, LLP in Nashville. A native Chicagoan, he began his career as a middle school teacher in South Los Angeles. Before attending law school, he worked as a field organizer for the Obama campaign and as an Obama administration appointee at the U.S. Department of Education in Washington, D.C. Prior to beginning his legal practice, he served as a judicial intern with Chief U.S. District Judge Colleen McMahon of the U.S. District Court for the Southern District of New York.

Mr. Schubert is a 2013 graduate of Brooklyn Law School. He graduated cum laude from Georgetown University in 2006 and earned his M.A. in secondary education in 2008 from Loyola Marymount University.

## PHONE
615.254.8801

## EMAIL
mschubert@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS
- Class Action
- Election Law

## EDUCATION
- Brooklyn Law School (J.D., 2013)
  - Member, *Brooklyn Law Review*
- Loyola Marymount University (M.A., Secondary Education, 2008)
- Georgetown University (B.S., Foreign Service, *cum laude*, 2006)

## EXPERIENCE
- Obtained hundreds of millions of dollars in class action settlements against banks and credit unions in more than 30 states for the improper assessment of overdraft fees

## BAR ADMISSIONS
- Tennessee
- New York

## PROFESSIONAL HONORS & ACTIVITIES

*Memberships*
- Nashville Bar Association
- Tennessee Trial Lawyers Association

## PUBLISHED WORKS
- Note, When Vultures Attack: Balancing the Right to Immunity Against Reckless Sovereigns, 78 BROOK L. REV. (Spring 2013)

## LANGUAGES
- English
- Spanish

## COMMUNITY INVOLVEMENT
- Throughout his career, Mr. Schubert has been involved in local education issues by representing suspended or truant students in administrative proceedings and serving as a committee member of the Nashville Area Chamber of Commerce's Education Report Card.
- He is also a founding board member of The Ubunye Challenge, which raises funds for educational initiatives in southern Africa and the Caribbean through athletic endurance competitions.



**SJG**
STRANCH,
JENNINGS
& GARVEY
PLLC



# Michael G. Stewart

### PARTNER

**Mike Stewart is a member of the firm's complex litigation practice, representing citizens who have suffered injuries or lost money because of the actions of powerful interests. He has litigated cases that have recovered millions of dollars for defrauded investors, persons injured by defective products and consumers cheated by improper sales practices. He writes and speaks on a variety of legal and public interest topics.**

A former member of the Tennessee General Assembly, Mr. Stewart aggressively fought for Tennessee's citizens, at one point calling attention to Tennessee's inadequate gun background check laws by offering an assault rifle for sale at a sidewalk lemonade stand. Mr. Stewart was elected unanimously by his fellow Democratic members to serve as their Caucus Chairman during the 109th, 110th and 111th General Assemblies. During his tenure, Democrats regained seats held by Republicans in all three of Tennessee's Grand Divisions – West, Middle and East Tennessee.

Before attending law school, Mr. Stewart served as an officer in the United States Army, with service in the Korean Demilitarized Zone and in Operation Desert Storm.

Mr. Stewart and his wife, Ruth, have three children, Will, Joseph and Eve. Ruth is a physician and an Associate Dean at Meharry Medical College. They live in East Nashville.

## PHONE
615.254.8801

## EMAIL
mstewart@stranchlaw.com

## LOCATION
The Freedom Center
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

## PRACTICE AREAS
- Class Action and Complex Litigation
- Civil Litigation

## EDUCATION
- University of Tennessee College of Law (J.D., *cum laude*, 1994)
  - Student Materials Editor, *Tennessee Law Review*
  - National Moot Court Team
  - Vinson & Elkins Award for Excellence in Moot Court Brief Writing
- University of Pennsylvania (B.A., 1987)

## EXPERIENCE
- Represented a class of shareholders in antitrust litigation against many of the nation's largest private equity firms in a suit alleging collusion on large buyout deals. Total settlements exceeded half-a-billion dollars. Dahl v. Bain Capital Partners (D. Mass).

- Represented a class of consumers who purchased baby clothing tainted with unlawful levels of chemical skin irritants, resulting in a multi-million-dollar settlement. Montanez v. Gerber Childrenswear, LLC (M.D. Cal.).

- Represented a consumer seriously injured by emissions from a residential air cleaner, resulting in a significant settlement. Bearden v. Honeywell International, Inc. (M.D. Tenn.).

- Represented a class of shareholders alleging damages from inaccurate financial statements issued by a manufacturer of cellular phone cameras, resulting in a multi-million-dollar settlement. In re: Omnivision Technologies, Inc. Litigation (N.D. Cal.).

## BAR ADMISSIONS
- Tennessee
- U.S. District Court Middle District of Tennessee
- U.S. District Court Western District of Tennessee
- U.S. 6th Circuit Court of Appeals

## PROFESSIONAL HONORS & ACTIVITIES
*Awards*
- Best Lawyers in America (2008)
- National Trial Lawyers, Top 100 (2019)
- U.S. Eighth Army Distinguished Leader Award

*Memberships*
- American Bar Association
- Tennessee Bar Association
- Nashville Bar Association
- American Association of Justice

## PRESENTATIONS & PUBLISHED WORKS
- Tennessee Bar Association Litigation Forum CLE – "Legislative Update"

- Nashville Bar Association CLE, "Deposition Ethics: Strategies for Taking and Defending Depositions Without Running Afoul of the Model Rules of Professional Conduct"

- "Paul Krugman Unwittingly Fulfills Fiscal Fantasies for Republicans," The Hill (Nov. 18, 2017)

- "Memo to Democratic Donors: the Path to Power Passes Through the States," The Hill (Dec. 22, 2016)

## COMMUNITY INVOLVEMENT
- Chairman, Tennessee House Democratic Caucus
- Campaign Treasurer, Mayor Bill Purcell
- Past Member, Metro Nashville Emergency Communications Board
- Past President, Lockeland Springs Neighborhood Association
- Member, East End United Methodist Church



# NASHVILLE ATTORNEYS

The Freedom Center, 223 Rosa L. Parks Avenue, Suite 200, Nashville, TN 37203



## Karla M. Campbell

OF COUNSEL

### EDUCATION

- Georgetown University Law Center (J.D., 2008)
  - Article Selection Editor, *Georgetown Immigration Law Journal*
- University of Virginia (B.A., *highest distinction*, 2002)

### CLERKSHIP

- Hon. Jane B. Stranch of the U.S. 6th Circuit Court of Appeals

### BAR ADMISSIONS

- Tennessee
- Ohio

### PRACTICE AREAS

- Appellate Practice
- Civil Litigation
- Employment Law
- ERISA Trust Funds
- Labor Law

**PHONE**
615.254.8801
**EMAIL**
kcampbell@stranchlaw.com

---



## Kerry Dietz

ATTORNEY

### EDUCATION

- Belmont University College of Law (J.D., 2016)
  - Editor-in-Chief, *Belmont Law Review Volume 3*
- George Washington University (B.A., 2009)

### BAR ADMISSIONS

- Tennessee
- U.S. District Court for the Middle District of Tennessee
- U.S. 6th Circuit Court of Appeals

### PRACTICE AREAS

- Civil Litigation
- Civil Rights Law
- Labor and Employment Law
- Wage and Hour

**PHONE**
615.254.8801
**EMAIL**
kdietz@stranchlaw.com

---

## Caleb Harbison

ATTORNEY

### EDUCATION

- Belmont University College of Law (J.D., 2022)
- Liberty University (M.A., 2017)
- East Tennessee State University (B.S., *magna cum laude*, 2016)

### CLERKSHIPS

- Hon. Monte Watkins in Davidson County
- Hughes & Coleman Law Firm
- Tennessee 2nd Judicial District
- Tennessee 10th Judicial District

### BAR ADMISSIONS

- Tennessee

### PRACTICE AREAS

- Complex Litigation
- Opioid Litigation
- Personal Injury

**PHONE**
615.254.8801
**EMAIL**
charbison@stranchlaw.com



SJG
STRANCH, JENNINGS & GARVEY PLLC

# NASHVILLE ATTORNEYS

The Freedom Center, 223 Rosa L. Parks Avenue, Suite 200, Nashville, TN 37203



## Michael Iadevaia
### ASSOCIATE ATTORNEY

**PHONE**
615.254.8801

**EMAIL**
miadevaia@stranchlaw.com

### EDUCATION

- Cornell Law School (J.D., *cum laude*, 2019)
  - Articles Editor, *Cornell Law Review*
  - General Mills Award for Exemplary Graduate Teaching
  - CALI Award for Excellence in Labor Law
  - First Place, College of Labor & Employment Lawyers and ABA Section of Labor & Employment Law Annual Law Student Writing Competition
- Cornell University, School of Industrial and Labor Relations (B.S., with honors, 2019)

### CLERKSHIP

- Hon. Jane B. Stranch of the U.S. 6th Circuit Court of Appeals
- Federal District Court Judge

### BAR ADMISSIONS

- Tennessee (pending)
- New York
- District of Columbia
- U.S. District Court for the Middle District of Tennessee
- U.S. 6th Circuit Court of Appeals

### PRACTICE AREAS

- Labor Law
- Employment Law
- ERISA Trust Funds
- Appellate Practice
- Class Action Litigation and Complex Litigation

---



## Isaac Kimes
### PARTNER

**PHONE**
615.254.8801

**EMAIL**
Ikimes@stranchlaw.com

### EDUCATION

- The University of Memphis, Cecil C. Humphreys School of Law (J.D., 2012)
- Arizona State University (B.S., 2007)

### BAR ADMISSIONS

- Tennessee
- Missouri
- U.S. District Court Middle District of Tennessee
- American Bar Association

### PRACTICE AREAS

- Personal Injury
- Mass Torts
- Complex Civil Litigation

---



## Kyle C. Mallinak
### ATTORNEY

**PHONE**
615.254.8801

**EMAIL**
kmallinak@stranchlaw.com

### EDUCATION

- University of Virginia School of Law (J.D., 2013)
  - Editor, *Virginia Law Review*
  - Dean's Scholarship
  - Order of the Coif
  - Outstanding Student Award, National Association of Women Lawyers
- University of South Carolina (B.A., 2010)
  - Graduate of the South Carolina Honors College
  - McNair Scholar

### CLERKSHIPS

- Hon. Robert E. Payne of the U.S. District Court for the Eastern District of Virginia
- Hon. Eugene E. Siler of the U.S. 6th Circuit Court of Appeals

### BAR ADMISSIONS

- Colorado
- Tennessee
- U.S. 6th Circuit Court of Appeals
- U.S. District Court for the Eastern District of Tennessee
- U.S. District Court for the Middle District of Tennessee
- U.S. District Court for the Western District of Tennessee

### PRACTICE AREAS

- Class Action Litigation and Complex Civil Litigation
- Consumer Rights Litigation
- General Civil Litigation
- Business Litigation

# NASHVILLE ATTORNEYS

The Freedom Center, 223 Rosa L. Parks Avenue, Suite 200, Nashville, TN 37203



## Nathan Martin
### STAFF ATTORNEY

**EDUCATION**
- Nashville School of Law (J.D., 2021)
- University of Tennessee (B.A., 2000)

**BAR ADMISSIONS**
- Tennessee

**PRACTICE AREAS**
- Civil Litigation
- Class Action

**PHONE**
615.254.8801

**EMAIL**
nmartin@stranchlaw.com

---



## Andrew E. Mize
### ATTORNEY

**EDUCATION**
- Louis D. Brandeis School of Law, University of Louisville (J.D., *cum laude*, 2011)
- Centre College (B.A., 2008)
- Culver Military Academy (2004)

**BAR ADMISSIONS**
- Kentucky
- U.S. District Court for the Western District of Kentucky
- U.S. 6th Circuit Court of Appeals

**PRACTICE AREAS**
- Civil Litigation
- Appellate Practice
- Criminal Law
- Labor Law

**PHONE**
615.254.8801

**EMAIL**
amize@stranchlaw.com

---



## Jack Smith
### ASSOCIATE ATTORNEY

**EDUCATION**
- University of Tennessee College of Law (J.D., 2018)
- Acquisitions Editor, *Tennessee Law Review* and *Transactions: The Tennessee Journal of Business Law*
- Member of the Appellate Litigation Clinic, where he helped successfully appeal a Fourth Amendment search and seizure case before the Sixth Circuit, U.S. v. Christian (6th Cir. 2018)
- The Ohio State University (B.A., *magna cum laude*, 2014)

**BAR ADMISSIONS**
- Tennessee
- U.S. District Court for the Middle District of Tennessee

**PRACTICE AREAS**
- Class Action
- Mass Tort
- Wage and Hour Litigation
- Personal Injury

**PHONE**
615.254.8801

**EMAIL**
jsmith@stranchlaw.com

---



## K. Grace Stranch
### ASSOCIATE ATTORNEY

**EDUCATION**
- University of Tennessee College of Law (J.D., 2014)
  - American Constitution Society, Founder and President
  - Environmental Law Association, President
  - ENLACE, Event Coordinator
- Rhodes College (B.A., 2010)
  - International Honors Program

**BAR ADMISSIONS**
- Tennessee

**PRACTICE AREAS**
- Complex Litigation
- Constitutional Law
- Employment and Discrimination Law
- Environmental Law
- General Litigation
- Labor Law

**PHONE**
615.254.8801

**EMAIL**
graces@stranchlaw.com



**SJG**
STRANCH, JENNINGS & GARVEY PLLC

# LAS VEGAS ATTORNEY

3100 W. Charleston Boulevard, Suite 208, Las Vegas, NV 89102



## Jessica Guerra
ASSOCIATE ATTORNEY

### EDUCATION
- William S. Boyd School of Law (J.D., Pro Bono Honors, 2015)
- President of La Voz, the Latin/Hispanic Law Student Association
  - Treasurer, Phi Alpha Delta
  - Event coordinator, Asian Pacific American Law Student Association (APALSA)
- University of Nevada, Las Vegas (B.A., 2012)
- Sigma Theta Psi Multicultural Sorority

### BAR ADMISSIONS
- Nevada
- U.S. District Court of the State of Nevada

### PRACTICE AREAS
- Labor
- Litigation

**PHONE**
725.235.9750
**EMAIL**
jguerra@stranchlaw.com

# ST. LOUIS ATTORNEYS

Peabody Plaza, 701 Market Street, Suite 1510, St. Louis, MO 63101



## Colleen Garvey
ASSOCIATE ATTORNEY

### EDUCATION
- Saint Louis University School of Law (J.D., 2020)
- Rockhurst University (B.A., *magna cum laude*, 2016)

### CLERKSHIP
- Hon. Colleen Dolan on the Missouri Court of Appeals in the Eastern District

### BAR ADMISSIONS
- Missouri
- Illinois
- U.S. District Court for the Eastern District of Missouri

### PRACTICE AREAS
- Mass Torts
- Personal Injury
- Class Action Litigation and Complex Litigation
- General Civil Litigation

**PHONE**
314.374.6306
**EMAIL**
cgarvey@stranchlaw.com



## Ellen A. Thomas
ASSOCIATE ATTORNEY

### EDUCATION
- Saint Louis University School of Law (J.D., 2020)
- Saint Louis University (B.A., 2014)

### CLERKSHIP
- Simon Law Firm

### BAR ADMISSIONS
- Missouri
- Illinois
- U.S. District Court for the Eastern District of Missouri

### PRACTICE AREAS
- Mass Torts
- Personal Injury
- Class Action and Complex Litigation
- General Civil Litigation

**PHONE**
314.374.6306
**EMAIL**
ethomas@stranchlaw.com





# STRANCH, JENNINGS & GARVEY
PLLC

## Bank Fees

**Some banks and credit unions routinely and improperly assess overdraft fees on customers' debit card transactions, even when those transactions do not overdraw customers' account balances, and charge multiple insufficient funds fees on single transactions. These deceptive practices result in significant and unforeseen costs for customers and violate state and federal fair business practice acts, as well as the terms of the account documents of these financial institutions. In addition to settling numerous overdraft fee disputes against banks and credit unions across the U.S., our firm has also obtained multi-million-dollar settlements against financial institutions for improper fee assessments.**

ATTORNEYS IN THIS PRACTICE AREA

   

**Kyle C. Mallinak**   **Nathan Martin**   **Marty Schubert**   **J. Gerard Stranch IV**



# Class Action

**Our firm has a long record of success representing plaintiffs in a substantial number of class action and mass tort cases in state and federal courts throughout the U.S. These cases include some of the most complicated litigation the courts have seen against some of the largest multinational companies. Through these cases, we defend the rights of clients harmed by defective products, pharmaceuticals, industry negligence or illegal practices.**

**Our attorneys have served as class counsel and as lead, co-lead and liaison counsel in landmark cases and national class actions involving data breach, wage and hour violations, anti-competitive practices, illegal generic drug suppression and bid rigging, defective products and violations of the Telephone Consumer Protection act.**

- **In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation, MDL No. 2672 CRB** (N.D. Cal.) (J. Breyer). Managing partner Gerard Stranch served on the plaintiffs' steering committee in a coordinated action consisting of nationwide cases of consumer and car dealerships. This action alleged that Volkswagen AG, Volkswagen Group of America and other defendants illegally installed so-called "defeat devices" in their vehicles, which allowed the cars to pass emissions testing but enabled them to emit nearly 40 times the allowable pollution during normal driving conditions. In October 2016, the court granted final approval to a settlement fund worth more than $10 billion to consumers with two-liter diesel engines, and in May 2017, the court granted final approval to a $1.2 billion settlement for consumers with three-liter diesel engines, and a $357 million settlement with co-defendant Bosch.

- **In re: Davidson v. Bridgestone/Firestone, Inc. and Ford Motor Co. No. 00-C2298** (Davidson Circuit, Tennessee) (Soloman/Brothers). The firm served as lead counsel in a nationwide class action against Bridgestone/Firestone, Inc. and Ford Motor Co. concerning defective tires. A settlement valued at $34.4 million was reached in conjunction with a companion case in Texas.

- **In re: Cox v. Shell Oil et al., Civ. No. 18844** (Weakley Chancery, Tennessee) (Judge Malon). The firm intervened in a consumer class action composed of all persons throughout the United States who owned or purchased defective polybutylene piping systems used in residential constructions or mobile homes. A global settlement was reached that was valued at $1 billion.

- **In re: M.S. Wholesale v. Westfax et al., 58CV-15-442** (Circuit Court of Pope County, Arkansas) (J. Sutterfield). The firm served as co-lead counsel on behalf of individuals and entities in a nationwide class action under the Telephone Consumer Protection Act (TCPA) involving the sending of illegal junk facsimiles. The court granted final approval to a class settlement worth $5.45 million.

- **In re: Horton v. Molina Healthcare, Inc., 4:17-CV-0266-CVE-JFJ** (N.D. Okla.) (J. Eagan). The firm served as co-lead counsel on behalf of individuals and entities in this national class action under the TCPA regarding the sending of illegal junk facsimiles. The court granted final approval to a class settlement worth $3.5 million.

- **In re: Heilman et al. v. Perfection Corporation, et al., Civ. No. 99-0679-CD-W-6** (W.D. Missouri). The firm served on the executive committee in a nationwide consumer class action composed of all owners or purchasers of a defective hot water heater. A settlement was reached that provided 100% recovery of damages for a possible 14.2 million hot water heaters and any other property damages.

## ATTORNEYS IN THIS PRACTICE AREA

     

**Colleen Garvey**  **Hon. John (Jack) Garvey**  **Michael Iadevaia**  **Kyle C. Mallinak**  **Nathan Martin**  **Andrew E. Mize**

     

**Marty Schubert**  **Jack Smith**  **Michael G. Stewart**  **J. Gerard Stranch IV**  **James G. Stranch III**  **K. Grace Stranch**



# Data Breaches

**Security breach notification laws require entities to notify their customers or citizens when they have experienced a data breach and to take certain steps to deal with the situation. This gives these individuals the opportunity to mitigate personal risks resulting from the breach and minimize potential harm, such as fraud or identity theft. Currently, all 50 states, along with the District of Columbia and three U.S. territories have adopted notification laws requiring notification when a breach has occurred.**

- **In re: Anthem, Inc. Data Breach Litig., MDL 2617 LHK,** (N.D. Cal. 2016). The firm served as counsel for Plaintiffs in a coordinated action consisting of nationwide cases of consumers harmed by the 2015 criminal hacking of servers of Anthem, Inc. containing more than 37.5 million records on approximately 79 million people receiving insurance and other coverage from Anthem's health plans. The case settled in 2017 for $115 million, the largest healthcare data breach in U.S. history, and has received final approval.

- **In re: Winsouth Credit Union v. Mapco Express Inc., and Phillips v. Mapco Express, Inc. Case Nos. 3:14-cv-1573 and 1710** (M.D. Tenn.) (J. Crenshaw). The firm served as liaison counsel in consumer and financial institution action stemming from the 2013 hacking of computer systems maintained by Mapco Express, Inc. The cases settled in 2017 for approximately $2 million.

- **In re: McKenzie et al. v. Allconnect, Inc., 5:18-cv-00359** (E.D. Ky.) (J. Hood). The firm served as class counsel in an action brought on behalf of more than 1,800 current and former employees of Allconnect, Inc., whose sensitive information contained in W-2 statements was disclosed to an unauthorized third party who sought the information through an email phishing scheme. The firm negotiated a settlement providing for direct cash payments to all class members, credit monitoring and identity theft protection plan at no cost, capped reimbursement of documented economic losses incurred per class member and other remedial measures. The approximately $2.2 million settlement value is one of the largest per capita recoveries in a W-2 phishing litigation.

## ATTORNEYS IN THIS PRACTICE AREA





**Andrew E. Mize**       **Jack Smith**       **J. Gerard Stranch IV**



# ERISA Trust Funds

**Founding member James G. (Jim) Stranch III and his wife, Judge Jane Branstetter Stranch of the U.S. 6th Circuit Court of Appeals, were early pioneers of 401(k) ERISA (Employee Retirement Income Security Act) litigation.**

**Our attorneys have represented clients and served as lead and co-lead counsel in a wide range of ERISA matters, including Taft-Hartley health and welfare funds JATC apprenticeship funds, defined contribution funds and defined benefit pension funds. In addition, we advise ERISA plan fiduciaries on a variety of administration and compliance issues; establish employee benefit trusts and plans; handle administrative claims and appeals for LTD, STD and other benefits; assist with Department of Labor audits, interpretations, investigations and enforcement; and numerous other issues.**

- **In re: Nortel Networks Corp. "ERISA" Litigation, No. 3:03-MD-1537** (M.D. Tenn.) (Nixon). Co-lead counsel in a 401(k)/ESOP class action suit brought on behalf of pension plan participants against fiduciaries of Nortel Network Corp. for violation of duties owed under ERISA. Court approved a settlement that provided a minimum recovery of $21.5 million plus access to additional monies held by others.

- **In re: Qwest Savings and Investment Plan ERISA Litigation, No. 02-RB-464** (D. Colo.) (Blackburn). Co-lead counsel in a 401(k)/ESOP class action suit brought on behalf of pension plan participants against fiduciaries at Qwest Communications and the Trustee, Bankers Trust/Deutsche Bank, for violation of duties owed under ERISA. A settlement was reached which provided a $33 million cash payment from Qwest Communications to the plan for participants, a $4.5 million cash payment from Bankers Trust/Deutsche Bank to the plan for participants, a $20 million guarantee from Qwest Communications from a parallel securities action with the opportunity of more cash from the parallel securities action, and an undetermined amount of cash from a distribution through the U.S. Securities and Exchange Commission Fair Fund established pursuant to Section 308 of the Sarbanes-Oxley Act of 2002, 15 U.S.C. §§7201 et seq.

- **In: re Global Crossing Ltd. ERISA Litigation, No. 02 Civ. 7453** (S.D. N.Y.) (Lynch). One of several counsel in a 401(k)/ESOP class action suit brought on behalf of pension plan participants against fiduciaries at Global Crossing for violation of duties owed under ERISA. The settlement reached provided a $79 million cash payment to the Plan for participants and allowed Plan to recover in parallel securities action.

- **In re: Xcel Energy, Inc. ERISA Litigation Civ. 02-2677** (D. Minn.) (Doty). Co-lead counsel in a 401(k)/ESOP class action suit brought on behalf of the pension plan against fiduciaries of Providian Financial Corp. for violation of duties owed under ERISA. Settlement reached that provided an $8.6 million cash payment to the Plan for participants, lifted stock restrictions in the Plan with a value between $38 million and $94 million, and allowed the Plan to recover in parallel securities action.

- **In re: Hitchcock v. Cumberland University 403(b) DC Plan, 851 F.3d 522** (6th Cir. 2017). As a result of this case, the university returned hundreds of thousands of dollars to employees' retirement accounts that it had wrongfully withheld. The firm succeeded in setting the precedent that plan participants can take legal claims, such as breach of fiduciary duty, straight to the courts, without having to exhaust administrative remedies through the plan, an issue of first impression in the Sixth Circuit.

- **In re: Delphi Corp. ERISA Litigation (Polito v. Delphi Corporation, et al.), No. 05-cv-71249** (E.D. Mich.). Lawsuit brought on behalf of participants in Delphi pension plans alleging that plan fiduciaries breached their duties and responsibilities under ERISA by, among other things, failing to investigate the prudence of an investment in Delphi stock and by making misrepresentations about the company's accounting practices for off-balance sheet financing and vendor rebates dating back to 1999.

- **In re: Providian Financial Corp. ERISA Litigation, No. C 01-5027** (N.D. C.A.) (Breyer). Co-lead counsel in a 401(k)/ESOP class action suit brought on behalf of the pension plan against fiduciaries of Providian Financial Corp. for violation of ERISA duties. Settlement provided an $8.6 million cash payment to the plan for participants, lifted company stock sales restrictions in the plan valued between $3.66 million and $5.85 million, and allowed plan to recover in a parallel securities action.

- **In re: Montana Power ERISA Litigation, No. 4:02-0099** (D. Mont.) (Haddon). Co-lead counsel in a 401(k)/ESOP class action suit brought on behalf of pension plan participants against fiduciaries of Montana Power, Touch America and Northwestern Energy and against the Trustee, Northern Trust, for violation of duties owed under ERISA. Settlement was reached that provided a minimum recovery of $4.9 million plus access to additional monies held by others.

## ATTORNEYS IN THIS PRACTICE AREA


**Karla M. Campbell**


**Kerry Dietz**


**Jessica Guerra**


**R. Jan Jennings**


**Nathan R. Ring**


**James G. Stranch III**



# Labor Unions

**Since our firm was founded more than seven decades ago, we have provided dependable representation for union clients in all employer-employee relations legal matters. Our attorneys are experienced in issues concerning the National Labor Relations Act, ERISA, Title VII, and wage and hours laws such as the FLSA. Our representation ranges from construction, industrial and public sector unions to district and joint councils, State Federations of Labor and Central Labor Councils.**

**Across the years, we have helped countless clients with union-related challenges, such as collective bargaining, contract negotiation, enforcement of labor-related claims via NLRB or federal court litigation, grievance mediation, restrictive covenant issues, severance agreements and numerous additional union matters.**

- **In re: Thompson v. North American Stainless LP.** Our firm helped expand Title VII retaliation protection with this case, which reached the U.S. Supreme Court. The court ruled that North American Stainless' firing of plaintiff employee Eric Thompson violated Title VII and that he could sue because he fell within the zone of interests protected by Title VII.

- **In re: International Brotherhood of Teamsters, Local 651 v. Philbeck, 5:10-cv-105-DCR** (E.D.KY 2018). The firm successfully litigated action requesting a temporary restraining order and permanent injunction by the local union to secure control of the Facebook page belonging to the union.

- **In re: Matthew Denholm, RD of NLRB Region 9 v. Smyrna Ready Mix Concrete, LLC, 5:20-cv-320-REW** (E.D.KY 2019). The firm successfully litigated NLRB charges, culminating in a complaint for injunctive relief, where the federal district court ordered the reinstatement of seven drivers and their plant manager and the reopening of a concrete plant.

- **In re: Zeon Chemicals, L.P. v. UFCW Local 72-D, 949 F.3d 980** (6th Cir. 2020). The firm successfully appealed a district court's reversal of the union's arbitration victory for an unjustly terminated member who was ordered reinstated with full back pay.

## ATTORNEYS IN THIS PRACTICE AREA

    

**Karla M. Campbell**   **Kerry Dietz**   **R. Jan Jennings**   **Nathan R. Ring**   **James G. Stranch III**



# Mass Tort

**Mass tort lawsuits occur when numerous individuals have been injured or harmed by the same act of negligence of another party, from faulty prescription drugs or medical devices to toxic contamination or defective consumer products. These types of claims provide the compensation each plaintiff needs, rather than a settlement that is split with the other plaintiffs.**

**Stranch, Jennings & Garvey has the experience and resources to confront the corporations responsible for the harm inflicted on plaintiffs. Our attorneys are well-versed in the necessary strategies for negotiating and litigating mass tort lawsuits, and have successfully represented numerous clients in claims against companies and corporations. Our efforts have produced significant monetary recovery and/or benefits for plaintiffs from many jurisdictions.**

- **In re: National Prescription Opiate Litigation.** Managing partner Gerard Stranch was appointed as class counsel for the negotiation class in the multi-district national prescription opioid litigation (MDL 2804) in Cleveland, Ohio. Plaintiffs alleged that the manufacturers of prescription opioids grossly misrepresented the risks of long-term use of those drugs for persons with chronic pain, and distributors failed to properly monitor suspicious orders of those prescription drugs — all of which contributed to the current opioid epidemic. National settlements of up to $26 billion were reached in 2021 to resolve litigation brought by states and local political subdivisions against three pharmaceutical distributors (McKesson, Cardinal Health and AmerisourceBergen) and manufacturer Janssen Pharmaceuticals, Inc. and its parent company Johnson & Johnson. Jack Garvey, the partner who leads SJ&G's St. Louis office, was instrumental in securing a settlement with these companies for Missouri's counties and cities in the amount of $183.2 million, as part of a $458 million overall settlement for the state.

## ATTORNEYS IN THIS PRACTICE AREA

|  |  |  |  |  |
|---|---|---|---|---|
| **Colleen Garvey** | **Hon. John (Jack) Garvey** | **Caleb Harbison** | **Michael G. Stewart** | **J. Gerard Stranch IV** |



# Personal Injury

**For many years, our firm has effectively represented individuals who have been harmed or injured due to third-party carelessness or misconduct. These cases include medical negligence, faulty medical devices, dangerous medications, unsafe property conditions, automobile accidents, and numerous other acts of negligence or disregard for safety that have led to injury and death.**

**Stranch, Jennings & Garvey proudly works to preserve and restore the rights of clients who have experienced harm due to others' actions, and our firm seeks justice for and successfully obtains full and fair compensation for these victims and their families through litigation, mediation and arbitration.**

- **In re: Sullivan Baby Doe case** (originally filed as Staubus v. Purdue) against U.S. opioid producers Endo Health Solutions Inc. and Endo Pharmaceuticals Inc., resulting in a $35 million settlement agreement, the largest per capita settlement achieved by any prosecution with Endo to date

- **In re: Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation,** resulting in approximately $17 billion in settlements, the largest consumer auto settlement and one of the largest settlements in any matter ever

- **In re: Orrick v. GlaxoSmithKline,** St. Louis City Circuit #1322-CC00079 (Paxil litigation)

- **In re: Jefferson County v. Williams,** #20JE-CC00029 (opioids litigation)

- Davidson County Circuit Court bench trial verdict of $205,274 following zero offers made prior to trial (January 2022)

- Davidson County Circuit Court jury trial verdict of $122,755.46 following a top pre-trial offer of $30,000 (May 2021)

## ATTORNEYS IN THIS PRACTICE AREA

   

| Hon. John (Jack) Garvey | Isaac Kimes | J. Gerard Stranch IV | K. Grace Stranch |



# Product Liability

**Our attorneys are well-versed in consumer protection laws and unfair trade practices acts, and have successfully advocated in state and federal courts for many notable cases throughout the U.S. These cases have resulted in multi-million-dollar recoveries for consumers who have been harmed by defective products, dangerous medications, misleading or improper advertising or marketing practices, fraud and other violations of the laws and acts. In addition, our attorneys have served as lead and co-lead counsel on numerous cases.**

- **In re: Volkswagen "Clean Diesel" Marketing, Sales Practices, and Products Liability Litigation, MDL No. 2672 CRB** (N.D. Cal.) (J. Breyer). The firm served on the plaintiffs' steering committee in a coordinated action consisting of nationwide cases of consumer and car dealerships. This action alleged that Volkswagen AG, Volkswagen Group of America and other defendants illegally installed so-called "defeat devices" in their vehicles, which allowed the cars to pass emissions testing but enabled them to emit nearly 40 times the allowable pollution during normal driving conditions. In October 2016, the court granted final approval to a settlement fund worth more than $10 billion to consumers with two-liter diesel engines. In May 2017, the court granted final approval to a $1.2 billion settlement for consumers with three-liter diesel engines and a $357 million settlement with co-defendant Bosch.

- **In re: Montanez v. Gerber Childrenswear, LLC** (M.D. Cal.). The firm represented consumers who purchased baby clothing tainted with unlawful levels of chemical skin irritants, resulting in a multi-million-dollar settlement.

- **In re: Davidson v. Bridgestone/Firestone, Inc. and Ford Motor Co. No. 00-C2298** (Davidson Circuit, Tennessee) (Soloman/ Brothers). The firm served as lead counsel in a nationwide class action against Bridgestone/Firestone, Inc. and Ford Motor Co. concerning defective tires. A settlement valued at $34.4 million was reached in conjunction with a companion case in Texas.

- **In re: Cox v. Shell Oil et al., Civ. No. 18844** (Weakley Chancery, Tennessee) (Judge Malon). The firm intervened in consumer action composed of all persons throughout the United States who owned or purchased defective polybutylene piping systems used in residential constructions or mobile homes. A global settlement was reached that was valued at $1 billion.

- **In re: Heilman et al. v. Perfection Corporation, et al., Civ. No. 99-0679-CD-W-6** (W.D. Missouri). The firm served on the executive committee in a nationwide consumer class action composed of all owners or purchasers of a defective hot water heater. A settlement was reached that provided 100% recovery of damages for a possible 14.2 million hot water heaters and any other property damages.

### ATTORNEYS IN THIS PRACTICE AREA



**Hon. John (Jack) Garvey**



**Isaac Kimes**



**J. Gerard Stranch IV**



# STRANCH, JENNINGS & GARVEY
PLLC

## Trucking Accidents

According to the National Safety Council (NSC), 4,842 large trucks nationwide were involved in a fatal crash in 2020 (the last year for which data is available). According to the National Center for Statistics and Analysis (NCSA), an office of the National Highway Traffic Safety Administration (NHTSA), 831 truck occupants and nearly 5,000 other individuals were killed as a result of these crashes in 2020. Between 2017 and 2020, an average of more than 42,000 truck occupants and more than 151,000 other individuals were injured.

These numbers clearly reveal the prevalence of accidents involving large trucks and the damage they inflict on individuals and their families. Our firm has decades of experience in representing victims of trucking accidents who seek compensation to cover physical and material damages.

ATTORNEYS IN THIS PRACTICE AREA







**Hon. John (Jack) Garvey**

**Isaac Kimes**

**J. Gerard Stranch IV**



# STRANCH, JENNINGS & GARVEY
PLLC

## Wage and Hour Disputes

**For decades, our firm has represented working people with individual claims or as part of class action litigation regarding their employers' wage and hour compliance. Our attorneys have broad litigation experience on behalf of employees in nearly every industry sector, covering a wide range of violations — from unpaid overtime or "off-the-clock" work to independent contractors, improper wage deductions and exemption requirements. They are well-versed in the provisions of the Fair Labor Standards Act, along with other federal and state statutes, and stay on top of developing case law and changes in current laws.**

- **In re: Drummond et. al. v. C.E.C. Electrical Contractors, Inc., 98-1811-III** (Davidson Chancery, Tennessee). The firm served as lead counsel in a class action settlement by employees against their employer for wages and benefits due from a school construction contract between their employer and the Metropolitan-Davidson County Board of Education. A settlement was reached in which employees received 100% of their wages and benefits.

ATTORNEYS IN THIS PRACTICE AREA







**Jessica Guerra**     **Nathan R. Ring**     **J. Gerard Stranch IV**



# STRANCH, JENNINGS & GARVEY
PLLC

# Worker Adjustment and Retraining Notification

**The Worker Adjustment and Retraining Notification (WARN) Act is a federal law that helps ensure advance notice to employees in cases of qualified plant closings and mass layoffs. Employers are required to provide written notice 60 days prior to the date of a mass layoff or plant closing, in addition to other requirements. Employees of companies who have not complied with the WARN Act are entitled to certain rights. Our firm has represented clients in numerous cases that have resulted in monetary settlements for employees whose employers did not comply with the law.**

- **In re: Kizer v. Summit Partners, Case No. 1:1-CV-38** (E.D. Tenn.) The firm served as lead counsel in class actions on behalf of employees of a closed Summit Partners facility located in Chattanooga, Tennessee. Case was successfully settled for $275,000.

- **In re: Owens v. Carrier Corp., Case No. 2:08-2331-SHM P** (W.D. Tenn.) The firm served as lead counsel in class action on behalf of former Carrier Corp. employees at the closed Collierville, Tennessee, plant. Case was successfully settled for $2.1 million on behalf of former employees after lead counsel successfully obtained class certification over plaintiffs' WARN Act claims.

- **In re: Sofa Express Inc., Case No. 07-924** (Bank. M.D. Tenn.) The firm served as lead counsel in class action on behalf of former Sofa Express, Inc. employees at company headquarters and a distribution center in Groveport, Ohio. Case was successfully settled for $398,000 on behalf of former employees.

- **In re: Robertson et. al v. DSE Inc., Case No. 8:13-cv-1931-T-AEP** (M.D. Fla.). The firm served as lead counsel in class action on behalf of former DSE Inc. employees at Florida and South Carolina manufacturing facilities. Case was successfully settled for more than $1 million on behalf of former employees.

## ATTORNEYS IN THIS PRACTICE AREA





**Michael Iadevaia**          **J. Gerard Stranch IV**