# EXHIBIT 12

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: FOUNDRY RESINS ANTITRUST LITIGATION** | Case No. 2:04-md-1638<br>Master Docket No. 2:04-cv-415<br><br>**CLASS ACTION** |
| **This Document Relates To:**<br><br>**ALL CASES EXCEPT Caterpillar Inc. v. Ashland Inc., et al., Court File No. 2:04-cv-01165-GLF-MRA** | Judge Gregory L. Frost<br>Magistrate Judge Mark R. Abel |

## ORDER

This matter is before the Court for consideration of the February 15, 2008 Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Expenses and Payment of Incentive Awards to Class Representatives (Doc. # 242) and the March 25, 2008 Plaintiffs' Notice of Filing Supplemental Time and Expense Information in Support of Motion for an Award of Attorneys' Fees, Reimbursement of Expenses and Payment of Incentive Awards to Class Representatives (Doc. # 244). Upon consideration, the Court **GRANTS** the motion as supplemented.

It is therefore hereby ORDERED, ADJUDGED, and DECREED as follows:

(1) The Court awards Plaintiffs' Counsel attorneys' fees in the amount of 33⅓% of the Ashland Settlement Fund ($7,900,000.00) and 33⅓% of the HAI Settlement Fund ($6,256,421.00 after reduction pursuant to the applicable "most favored nation" provision), for a total fee of $4,718,807.00, plus accrued interest.

(2) The Court authorizes Co-Lead Counsel to distribute such fees to Plaintiffs' Counsel in a manner which, in the opinion of Co-Lead Counsel, fairly compensates each Plaintiffs'

Counsel firm in view of its contribution to the prosecution of Plaintiffs' claims. The Court retains jurisdiction over any disputes among Plaintiffs' Counsel concerning the allocation of such awarded attorneys' fees.

(3) In addition to the attorneys' fees awarded by the Court, the Court approves a payment of unreimbursed litigation expenses in the amount of $891,185.20 from the Ashland and HAI Settlement Funds to Plaintiffs' Counsel.

(4) The Court approves incentive awards of $5,000 each to Plaintiffs State Line Foundries, Kore Mart, Lancaster Foundry Supply, Kulp Foundry, AmeriCast Technologies, and Tri-Cast Limited from the Ashland and HAI Settlement Funds for their service as Class Representatives.

**IT IS SO ORDERED**.

      /s/ Gregory L. Frost
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE