# EXHIBIT 16

| Select Sixth Circuit Cases with $3M or Higher Settlements and  33% or Higher Fee Awards | | |
|---|---|---|
| **Case** | **Settlement Amount** | **Fee Award** |
| In re Southeastern Milk Antitrust Litig., No. 08-md-1000, 2013 WL 2155387 (E.D.Tenn. May 17, | $158,600,000 | 33.33% |
| In re Southeastern Milk Antitrust Litig, No. 07-cv-00208, ECF No. 1897 (E.D.Tenn. July 11, 2012) | $145,000,000 | 33.33% |
| In re Skelaxin (Metaxalone) Antitrust Litig, No. 12-md-02343, ECF No. 747 (E.D.Tenn. June 30, 2014) | $73,000,000 | 33.33% |
| In re Community Health Sys., Inc. S'holder Derivative Litig., No. 11-cv-00489, ECF Nos. 272-1, 274 (M.D. Tenn. Jan 17, 2017) | $60,000,000 | 33.33% |
| Grae v. Corrections Corporation of America et al., No. 16-cv-02267, ECF No. 478 (M.D.Tenn Nov. 8, 2021) | $56,000,000 | 33.33% |
| Morse v. McWhorter, No. 97-cv-0370, ECF No. 310 (M.D.Tenn. Mar. 12, 2004) | $49,500,000 | 33.33% |
| Jackson County Employees Retirement System v. Ghosn et al., No. 18-cv-01368, ECF No. 267 (M.D. Tenn. Oct. 7, 2022) | $36,000,000 | 33.33% |
| Cosby v. Miller et al., No. 16-cv-00121, ECF No. 268 (E.D. Tenn. July 12, 2022) | $35,000,000 | 33.33% |
| In re Omnicare, Inc. Sec. Litig., No. 06-cv-00026, ECF No. 332 (E.D. Ky. June 27, 2019) | $20,000,000 | 33.33% |
| In re Prandin Direct Purchaser Antitrust Litigation, No. 10-cv-12141, ECF No. 68 (E.D. Mich. Jan. 20, 2015) | $19,000,000 | 33.33% |
| In re Reciprocal of America Sales Practice Litig. No. 4-md-01551, ECF No. 1004 (W.D.Tenn. May 28, 2015) | $15,000,000 | 33.33% |
| In re Sirrom Capital Corporation Sec. Litig., No. 98-cv-00643, ECF No. 92 (M.D.Tenn. Feb 8, 2000) | $15,000,000 | 33.33% |
| In re: Foundry Resins Antitrust Litigation, No. 04-md-1638, ECF No. 247 (S.D.Ohio March 31, 2008) | $14,156,421 | 33.33% |
| Stein v. U.S. Xpress Enterprises, Inc., No. 19-cv-00098, ECF No. 228 (E.D. Tenn. June 5, 2023) | $13,000,000 | 33.33% |
| Burges et al. v. BancorpSouth, Inc. et al., No. 14-cv-01564, ECF No. 265 (M.D.Tenn. Sept 21, 2018) | $13,000,000 | 33.33% |
| In re Envoy Corporation Sec. Litig., No. 98-cv-0760, ECF No. 164 (M.D.Tenn. Dec 18, 2003) | $11,000,000 | 33.33% |
| Abadeer et al v. Tyson Foods Inc, No. 09-cv-00125, ECF No. 420 (M.D.Tenn. Oct. 17, 2014) | $7,750,000 | 33.33% |
| Bowers v. Windstream Kentucky East, LLC, No. 09-cv-00440, 2013 WL 593401, at *5 (W.D. Ky. Nov 1, 2013) | $7,500,000 | 33.33% |
| Martin v. Trott Law PC , No. 15-cv-12838, ECF No. 198 (E.D. Mich. Sept. 28, 2018) | $7,500,000 | 33.30% |
| Zaller v. Fred's, Inc., No. 19-cv-02415, ECF No. 105 (W.D. Tenn. July 6, 2022) | $7,250,000 | 33.33% |
| Struck et al v. PNC Bank N.A., No. 11-cv-00982, ECF No. 156 (S.D.Ohio May 14, 2014) | $7,000,000 | 33.00% |
| Knights v. Publix Super Markets, Inc., No. 14-cv-00720, ECF No. 69 (M.D.Tenn. Nov. 10, 2014) | $6,812,775 | 35.16% |
| Eshe Fund v. Fifth Third Bancorp, No. 08-cv-00421, ECF No. 234 (S.D.Ohio July 11, 2016) | $6,000,000 | 33.33% |
| Sandusky Wellness Center LLC et al v. Heel Inc et al, No. 12-cv-01470, ECF No. 95 (N.D.Ohio Apr. 25, 2014) | $6,000,000 | 33.33% |
| Greater Pennsylvania Carpenters Pension Fund v. Chemed Corp. et al., No. 12-cv-00028, ECF No. 66 (S.D. Ohio July 15, 2014) | $6,000,000 | 33.00% |
| BleachTech LLC v. United Parcel Service, Inc., No. 14-cv-12719, 2022 WL 2900796, at *12 (E.D. Mich. July 20, 2022) | $5,700,000 | 33.33% |
| Nolan v. Detroit Edison Company, No. 18-cv-13359, ECF No. 89 (E.D. Mich. Oct. 4, 2022) | $5,500,000 | 33.33% |
| In re Provectus Biopharmaceuticals, Inc. Sec. Litig., 2016 WL 7735229, at *3 (E.D. Tenn. Dec. 12, | $3,500,000 | 33.30% |
| Davidson v. Henkel Corporation et al, No. 12-cv-14103, ECF No. 157 (E.D.Mich. Dec. 8, 2015) | $3,350,000 | 38.39% |
| Adams v. Standard Knitting Mills, Inc. , No. 72-cv-08052, 1978 WL 1074, at *3 (E.D. Tenn. Jan. 6, 1978) | $3,343,385 | 34.70% |
| North Port Firefighters' Pension-Local Option Plan v. Fushi Copperweld, Inc., No. 11-cv-00595, ECF No. 143 (M.D.Tenn. May 12, 2014) | $3,250,000 | 33.30% |
| Carroll v. Guardian Home Care Holdings, Inc. et al, No. 14-cv-01722, ECF No. 68 (M.D.Tenn. Aug. 31, 2015) | $3,000,000 | 33.33% |