**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

Caleb Padilla

                                        Plaintiff,

v.                                                      Case No.: 3:19−cv−00461

Community Health Systems, Inc., et al.

                                        Defendant,

## **ENTRY OF JUDGMENT**

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 10/20/2023 re [132].

Lynda M. Hill
s/ Kim Chastain, Deputy Clerk
