# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| CALEB PADILLA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY HEALTH SYSTEMS, INC., WAYNE T. SMITH, LARRY CASH, and THOMAS J. AARON,<br><br>Defendants. | Case No.: 3:19-cv-00461<br><br>DISTRICT JUDGE ELI J. RICHARDSON<br><br>MAGISTRATE JUDGE BARBARA D. HOLMES |

## DECLARATION OF JOSHUA B. SILVERMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR ORDER OF DISTRIBUTION

I, Joshua B. Silverman, an attorney, do hereby declare under threat of perjury that:

1.      I am a partner in the law firm of Pomerantz LLP, one of the two firms appointed Class Counsel in this action.  I have been involved throughout this litigation in the representation of Lead Plaintiffs and the Class.  I have actual knowledge of the matters set forth herein, and could testify to those facts if called to do so.

2.      Notice in this case informed Class members that Class Counsel would, collectively, seek reimbursement of no more than $300,000 in litigation expenses.  No Class Member objected to that request.

3.      Class Counsel's motion for an award of attorneys' fees and expenses, ECF No. 125-126, sought reimbursement of $206,752.84 in litigation expenses.  That motion inadvertently omitted reimbursement for an invoice from a consulting accounting expert in the amount of $9,837.50, which is attached hereto.  The services covered were reasonably necessary

to the prosecution of this action and assisted Class Counsel in drafting the successfully-upheld Amended Complaint. Class Counsel believe that the invoiced services conferred a benefit to the Class. Such expert expenses are usually reimbursed in both contingent fee and traditional billing arrangements.

4. Class Counsel notes that reimbursement of this expense would make total reimbursed expenses $206,590.34, still well below the $300,000 ceiling described in Notice.

The declarant further sayeth not. Executed this 24th day of May, 2024.

_____
Joshua B. Silverman, Esq.

# FRIEDMAN LLP®

## ACCOUNTANTS AND ADVISORS

March 31, 2020

CLIENT ID:  88009189.001
INVOICE #:  1121034A

Louis Ludwig, Esquire
Pomerantz LLP
10 South LaSalle Street, Suite 3505
Chicago, IL 60603

### In re:  Community Health Securities Litigation

For professional accounting and consulting services rendered in connection with the above matter, from December 16, 2019, through March 31, 2020 – including, primarily: review of the initial complaint in the matter, review of pertinent public filings and other documents pertaining thereto, research of pertinent accounting guidance centered on revenue recognition (ASC 606, ASC 605), and assistance with the preparation of an Amended Complaint in the matter, as well as telephone calls and other communications with Counsel in connection with the foregoing.
.

| Employee | Hours | Amount |
|---|---|---|
| Brian Duffy | 31.00 | $ 13,175.00 |
| Dan Cornell | 26.00 | 6,500.00 |
| | | $ 19,675.00 |

***Pomerantz Proportional Share (50%):*** $ 9,837.50

2000 Market Street, Suite 500, Philadelphia, PA 19103  p 215.496.9200  f 215.496.9604          friedmanllp.com

Your livelihood, empowered.          An Independent Member Firm of DFK with offices worldwide          DFK